UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 19-20278 (GC) (RLS)<br><br><br>**JOINT<br>AMENDED PRETRIAL<br>SCHEDULING ORDER** |

**AMENDED AGREED SCHEDULING ORDER**

**COMES NOW BEFORE THE COURT** the Joint Proposed Amended Pretial Scheduling Order. The Parties, having discussed the matter, would request the Court to enter the amended scheduling order for the efficient advancement of this case on the docket, the parties hereby suggests the following amendments:

1. All fact discovery shall be completed on or before: **January 12, 2024.**

2. Parties shall identify all proposed experts on or before: **December 1, 2023.**

3. Parties shall identify counter experts on or before: **January 5, 2024**

4. Plaintiff shall serve any expert report(s) by no later than **February 14, 2024.**

5. Defendants shall serve any expert report(s) by no later than **March 15, 2024.**

6. The parties shall complete all expert discovery by **April 24, 2024.**

7. Dispositive motions may be filed by no later than **June 26, 2024.** Counsel are to notify Chambers within five (5) business days of a decision on any dispositive motions if the decision does not resolve all issues in the case.

12128858-1

**AGREED AND APPROVED:**

/s/ Emily K. Declercq Esq     6/27/23
*Attorney(s) for Plaintiff Brandon Copeland*

/s/ Scott Shaffer     6/27/23
*Attorney(s) for Defendants Total Body Nutrition, LLC and We Do Private Label LLC*

/s/ Dimitri Teresh Esq.     6/27/23
*Attorney(s) for Defendants Caroleen Jones Kandel And Poliquin Performance Center 2 LLC*

The above extension request is GRANTED.

So Ordered this 29th day of June, 2023

Hon. Rukhsanah L. Singh, U.S.M.J.