January 14, 2025

**VIA ECF ONLY**

The Honorable Elizabeth A. Pascal
U.S. Magistrate Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

              Re: *Copeland v. Poliquin Performance Center 2, LLC, et. al.*
                 Case #: 1-19-cv-20278-ESK-EAP (District of New Jersey)

Dear Judge Pascal,

      I represent Plaintiff Brandon Copeland in the above-captioned matter. I write to respectfully request that the Court permit Plaintiff's counsel to appear by telephone for the hearing scheduled on January 15, 2025, in light of the Court's recent Order allowing certain defense counsel and Defendant Caroleen Kandel to appear virtually (ECF No. 169). [handwritten: → The Court offered this option to Counsel in its Nov. 27, 2024 Order, ECF No. 154.]

Should the Court grant this request, I will promptly ensure my availability at the designated time and dial in using the Court's provided information.

Additionally, as a preliminary matter, Plaintiff respectfully requests that, until Defendant Caroleen Kandel retains new counsel, she be required to provide and maintain updated contact information, including her current email address, phone number, and physical address, with the Court and all parties. Should any of this information change, we further request that she be required to promptly notify the Court and all counsel to ensure proper communication.

Thank you for your attention to this matter. I am happy to provide additional information or address any questions at the Court's convenience.

                                            Respectfully submitted

                                            *By: /s/ Emily Declercq*
                                            Emily Declercq

                                            *Attorneys for Plaintiff*

cc: B. Blackmon; E. Blackmon; D. Teresh; S. Shaffer; D. Stecklow.

[handwritten: Despite Plaintiff's Counsel's belated request, Counsel may appear by phone]

**SO ORDERED** this 14th day of January 20 25

/s/ Elizabeth A. Pascal
Elizabeth A. Pascal, U.S.M.J