UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                          Proceeding Date: January 15, 2025

MAGISTRATE JUDGE ELIZABETH A. PASCAL

Court Reporter: ECR


**Title of Case:**                                      **Docket:** 1:19-cv-20278-ESK-EAP
COPELAND
v.
POLIQUIN PERFORMANCE CENTER 2, LLC

**Appearances:**
Emily Delercq, Esq. for Plaintiff by Telephone
Edward Blackmon, Esq. for Plaintiff by Telephone
Dimitri Teresh, Esq. for Defendant POLIQUIN PERFORMANCE CENTER 2, LLC
Caroleen Kandel, Defendant POLIQUIN PERFORMANCE CENTER 2, LLC by Telephone
Scott Shaffer, Esq. for Defendant TOTAL BODY NUTRITION LLC by Telephone
David Stecklow, Esq. for Defendant MICHIGAN ELITE CONDITIONING FOR ATHLETES, LLC by
    Telephone

**Nature of Proceedings:**
Hearing on motion to withdraw held the record.
Hearing partially SEALED.
The portion to be sealed is read into the record.
Hearing on Motion to withdraw as attorney for Defendant Poliquin Performance Center 2, ECF
    No. 144.

**Disposition:**
Order on motion reserved.
An order shall issue.

Time Commenced: 11:31 am     Time Adjourned: 12:10 pm
Total Time: 39 Minutes

s/ Benjamin Appel
DEPUTY CLERK

Cc: Chambers