

EUGENE KILLIAN, JR*  
DIMITRI TERESH*  
VIRGINIA NAIROOZ*

*MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

January 30, 2025

**VIA PACER**
Hon. Elizabeth A. Pascal, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Courtroom 5C
Camden, NJ 08101

SO ORDERED this 30th day of January 2025

*Elizabeth A. Pascal, U.S.M.J*

Re: **Brandon Copeland v. Poliquin Performance Center 2, LLC, et. al.**
    **Docket No. 1:19-cv-20278**

Dear Judge Pascal:

This firm represents Caroleen Kandel and Poliquin Performance Center 2, LLC. The matter is currently scheduled for an in-person conference today, January 30, 2025. I write to respectfully request an opportunity to appear telephonically. *granted*

Essentially, I recently started taking a new medication to address some health issues that I have been dealing with for a period of time. Unfortunately, I have also been dealing with some side effects of the medication over the last couple of days. I had hoped that the side effects would subside by today, but unfortunately, it appears that they have not. Although I am confident that I can meaningfully participate in this conference, I am apprehensive about the travel in the event that this issue escalates.

I am happy to provide a doctor's note, if necessary. I anticipate that I will be needing, at the very least, a brief urgent care visit.

*Hon. Elizabeth A. Pascal, U.S.M.J.*
*January 30, 2025*
*Page 2*

Thank you very much in advance for your time and consideration.

Respectfully Submitted,

By: *Dimitri Teresh*

Dimitri Teresh
The Killian Firm, P.C.