UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                                                  Proceeding Date: January 30, 2025

MAGISTRATE JUDGE ELIZABETH A. PASCAL

Court Reporter: ECR

**Title of Case:**                                                              **Docket:** 1:19-cv-20278-ESK-EAP
COPELAND
v.
POLIQUIN PERFORMANCE CENTER 2, LLC

**Appearances:**
Emily Delercq, Esq. for Plaintiff by Telephone
Dimitri Teresh, Esq. for Defendant POLIQUIN PERFORMANCE CENTER 2, LLC by Telephone
Scott Shaffer, Esq. for Defendant TOTAL BODY NUTRITION LLC by Telephone
David Stecklow, Esq. for Defendant MICHIGAN ELITE CONDITIONING FOR ATHLETES, LLC

**Nature of Proceedings:**
In-person status conference and discovery dispute held the record.
Oral argument held.

**Disposition:**
An order shall issue.

Time Commenced: 12:16 pm        Time Adjourned: 1:17 pm
Total Time: 1 Hour 1 Minute

                                                                                s/ Benjamin Appel
                                                                                DEPUTY CLERK

Cc: Chambers