THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **BRANDON COPELAND,**<br><br>**Plaintiff,**<br><br>v.<br><br>**POLIQUIN PERFORMANCE CENTER 2, LLC, et al.,**<br><br>**Defendants.** | Civil No. 19-20278 (ESK/EAP) |

### ORDER FOR MEDIATION

This matter having come before the Court by way of Plaintiff's letter, dated February 10, 2025, ECF No. 181, stating that the parties are interested in pursuing mediation; and the Court having confirmed with the parties that they consent to mediation through the Court's mediation program; and it appearing that mediation would conserve the Court's resources and be in the Court's and the parties' best interests; and for good cause shown;

**IT IS** this **11th** day of **February 2025**, hereby **ORDERED**:

1. In accordance with Local Civil Rule 301.1, this civil action is referred to the Court's mediation program by consent of the parties.

2. With consent of the parties, the **Hon. Marina Corodemus (Ret.)** is appointed as the mediator.

3. Counsel and the parties shall participate in mediation and shall cooperate with the mediator.

4. Counsel and the parties, including individuals with settlement authority, shall attend all mediation sessions as requested by the mediator.

5. The mediator may meet with counsel and the parties jointly or *ex parte*. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only on consent of counsel, except as necessary to advise the Court of an apparent failure to participate. The mediator shall not be subject to subpoena by any party. No statements made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or construed as an admission against interest.

6. All proceedings in this action are hereby **STAYED** for **ninety (90) days** from the date of the Order, or until the conclusion of the mediation process, except that discovery, as an aid to mediation, may be conducted as agreed to by the mediator and counsel.

7. The parties shall provide the Court with a written status update concerning the mediation in this matter no later than **May 14, 2025**.

s/Elizabeth A. Pascal<br>
ELIZABETH A. PASCAL<br>
United States Magistrate Judge

cc: Hon. Edward S. Kiel, U.S.D.J.