Eugene Killian, Jr. (00208 1990)
Dimitri Teresh (90325 2012)
**THE KILLIAN FIRM, P.C.**
107 Tindall Road
Tindall Executive Centers
Middletown, NJ 07748
Ph: 732-912-2100
ekillian@tkfpc.com
dteresh@tkfpc.com
*Attorneys for Defendants Caroleen Jones Kandel and*
*Poliquin Performance Center 2 LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,<br><br>*Plaintiff,*<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>*Defendants.* | Civil Action No.: 1:19-cv-20278<br><br>**SUGGESTION OF BANKRUPTCY** |

Defendant Caroleen Jones Kandel ("Kandel") [identified in the Complaint as "Caroleen Kandel a/k/a Caroleen Kanel a/k/a Caroleen Jones"] notifies the Court and other parties as follows:

1. Kandel filed a Chapter 7 bankruptcy petition seeking relief under Title 11, United States Code in the U.S. Bankruptcy Court, Middle District of Florida.

2. The case number is 6:25-bk-03450-TPG, and the case was filed on June 5, 2025.

3. This action is subject to the automatic bankruptcy stay imposed by 11 U.S.C. § 362.

4. This is for information purposes only.

Dated: August 27, 2025

                                          **THE KILLIAN FIRM, P.C.**
                                          *Attorneys for Poliquin Defendants*

By:    *s/ **Dimitri Teresh***
           Dimitri Teresh