UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** CAMDEN					**DATE:** September 15, 2025
**MAGISTRATE JUDGE ELIZABETH A. PASCAL**
**COURT REPORTER:** Digitally recorded


**TITLE OF CASE:**					**CIVIL** 19-20278 (ESK/EAP)

BRANDON COPELAND

V.

POLIQUIN PERFORMANCE CENTER 2, LLC


**APPEARANCES:**
Barbara Blackmon, Esq and Bradford J. Blackmon, Esq, on behalf of Plaintiff
Dimitri Teresh, Esq (on the phone) for Defendant Poliquin Performance Center 2, LLC
Andrew B. Lustigman, Esq and Scott Shaffer, Esq for Defendants We Do Private Label, LLC, Total Body Nutrition LLC
David Samuel Stecklow, Esq for Defendant Michigan Elite Conditioning for Athletes, LLC
Joseph Bouy, Esq (New York matter) Admiral Insurance and Thomas Reardon, Esq (via telephone)

**NATURE OF PROCEEDINGS:**

Settlement conference held on and off the record.
Settlement placed on the record. (4:21 pm – 4:34 pm)
Mr. Blackmon placed settlement terms on the record.


**TIME COMMENCED:** 10:35 a.m.
**TIME ADJOURNED:**     4:34 p.m.
**TOTAL TIME:**   5 hours, 59 minutes

								s/Ivannya Fitzgerald
								**Deputy Clerk**