# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL:  SSHAFFER@OLSHANLAW.COM
DIRECT DIAL:  212.451.2302

September 19, 2025

**VIA E-MAIL**

The Honorable Elizabeth A. Pascal
U.S. Magistrate Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    *Copeland v. Poliquin Performance Center 2, LLC, et. al.*
              **Case #: 1-19-cv-20278-ESK-EAP (District of New Jersey)**

Dear Judge Pascal:

      On behalf of my clients Total Body Nutrition LLC and We Do Private Label, LLC, I am writing to advise the Court that, in compliance with the parties' settlement agreement and the Court's September 17th Text Order (ECF Doc. #195), I have sent a draft release to Plaintiff's counsel, as well as counsel for Admiral Insurance. A Certificate of Service is being filed herewith.

      Having been copied on an e-mail by counsel for defendant Michigan Elite Conditioning for Athletes, LLC ("MECA") earlier today, I am also aware that MECA provided draft release papers to Plaintiff's counsel as well. We look forward to the next step in winding down this lawsuit, which is Plaintiff's dismissal by September 26th of all non-negligence claims against the answering defendants.

                                         Very truly yours,

                                         */s/ Scott Shaffer*

                                         Scott Shaffer

Encl.

cc: counsel of record (via ECF only);
    Thomas Reardon (via e-mail); and
    Joseph Boury (via e-mail).

OLSHAN FROME WOLOSKY LLP                      WWW.OLSHANLAW.COM
13014097-1