UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND,<br><br>        Plaintiff,<br><br> vs.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL a/k/a CAROLEEN KANEL a/k/a CAROLEEN JONES, an individual, JAD NUTRITION d/b/a XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC d/b/a TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations),<br><br>        Defendant(s). | Civ. No.: 3:19-cv-20278 |

## **CERTIFICATE OF SERVICE**

 I hereby certify that on September 19, 2025, as required by the parties' settlement agreement set forth on the record on September 15, 2025 and the Court's most recent Text Order dated September 17, 2025 (ECF Doc. #195), I served a draft release on Plaintiff's counsel, Bradford J. Blackmon and Barbara Martin Blackmon at their respective e-mail addresses as follows:

    bjblackmon@blackmonlawfirm.com and
    bblackmon@blackmonlawfirm.com.

 I further certify that the draft release was also served on Joseph Boury, counsel for Admiral Insurance Company, at the following e-mail address:

    boury@litchfieldcavo.com.

Dated: September 19, 2025
  New York, New York

                */s/ Scott Shaffer*
                Scott Shaffer
                Olshan Frome Wolosky LLP

13014119-1