**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
P: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID#: 100782017

**OF COUNSEL**
BLACKMON & BLACKMON, PLLC
907 W Peace St.
Canton, MS 39046
P: 601-859-1567 F: 601-859-2311
Edward Blackmon, Jr., Esquire, MS Attorney ID#: 3354
Barbara M. Blackmon, Esquire, MS Attorney ID#: 3346
Bradford J. Blackmon, Esquire, MS Attorney ID#: 104848

| | |
|---|---|
| BRANDON COPELAND<br>        Plaintiff,<br> vs.<br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC A/K/A MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br>        Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**PLAINTIFF'S MOTION TO DISMSS CERTAIN CLAIMS** |

  COMES NOW Plaintiff, by and through undersigned counsel, and respectfully moves this Court to dismiss certain claims asserted in this action against Defendants Michigan Elite Conditioning for Athletes LLC and Total Body Nutrition LLC/We Do Private Label LLC. In support of this Motion, Plaintiff states as follows:

1

1. Pursuant to this Court's Order, Plaintiff moves to dismiss all non-negligence claims against Defendant Michigan Elite Conditioning for Athletes LLC ("MECA"), specifically:

   - Count I: Unconscionable Commercial Practices (Violation of New Jersey Consumer Fraud Act)
   - Count II: Deception, False Promises, Misrepresentations and Knowing Omissions of Material Fact (Violation of New Jersey Consumer Fraud Act)
   - Count III: Strict Liability – Misbranded Food and Hazardous Substance (Violation of New Jersey Consumer Fraud Act)
   - Count IV: Breach of Warranty
   - Count V: Common Law Fraud
   - Count VI: Common Law Civil Conspiracy
   - Count VIII: Respondeat Superior

2. Pursuant to this Court's Order, Plaintiff moves to dismiss all non-negligence claims against Defendants Total Body Nutrition LLC and We Do Private Label LLC ("TBN/WDP"), specifically:

   - Count I: Unconscionable Commercial Practices (Violation of New Jersey Consumer Fraud Act)
   - Count II: Deception, False Promises, Misrepresentations and Knowing Omissions of Material Fact (Violation of New Jersey Consumer Fraud Act)
   - Count III: Strict Liability – Misbranded Food and Hazardous Substance (Violation of New Jersey Consumer Fraud Act)
   - Count V: Common Law Fraud
   - Count VI: Common Law Civil Conspiracy

3. All negligence claims shall remain pending as to MECA and TBN/WDP at this time.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court enter an Order dismissing the above-specified claims against Defendants Michigan Elite Conditioning for Athletes LLC, Total Body Nutrition LLC, and We Do Private Label LLC, with all negligence claims remaining pending as to these defendants, subject to dismissal by stipulation in due course.

This the 25th day of September, 2025.

                Respectfully submitted,

                **BRANDON COPELAND,** PLAINTIFF

                **DECLERCQ LAW FIRM PLLC**
                **BLACKMON & BLACKMON PLLC**

                *By: /s/ Emily K. Declercq*
                Emily K. Declercq

                *Attorneys for Plaintiff*

cc: D. Teresh; S. Shaffer; D. Stecklow.

## CERTIFICATE OF SERVICE

I Emily K. Declercq, attorney for the Plaintiff, do hereby gives notice to the Court that the ***Motion to Dismiss Certain Claims*** is being filed by the Electronic Court Filing System and notices sent to all relevant parties.

This the 25th day of September, 2025,

*By: /s/ Emily K. Declercq*
Emily K. Declercq
