UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND<br>          Plaintiff,<br>vs.<br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC A/K/A MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br>          Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**PROPOSED FORM OF ORDER** |

  This matter having come before the court on Plaintiff's Motion to Dismiss Certain Claims against Defendants Michigan Elite Conditioning for Athletes LLC ("MECA"), total Body Nutrition LLC, and We Do Private Label LLC ("TBN/WDP"); and the Court having considered the submission of the parties; and for good cause shown;

  It is on this _____ day of _____, 2025, hereby ORDERED that Plaintiff's Motion To Dismiss Certain Claims is GRANTED; and it is FURTHER ORDERED that the following claims asserted by Plaintiff against Defendant Michigan Elite Conditioning For Athletes LLC are hereby dismissed with prejudice:

  • Count I: Unconscionable Commercial Practices (Violation Of New Jersey Consumer

1

Fraud Act)

• Count II: Deception, False Promises, Misrepresentations And Knowing Omissions Of Material Fact (Violation Of New Jersey Consumer Fraud Act)

• Count III: Strict Liability – Misbranded Food And Hazardous Substance (Violation Of New Jersey Consumer Fraud Act)

• Count IV: Breach Of Warranty

• Count V: Common Law Fraud

• Count VI: Common Law Civil Conspiracy

• Count VIII: Respondeat Superior

It is FURTHER ORDERED that the following claims asserted by Plaintiff against Defendants Total Body Nutrition LLC and We Do Private Label LLC are hereby dismissed with prejudice:

• Count I: Unconscionable Commercial Practices (Violation Of New Jersey Consumer Fraud Act)

• Count II: Deception, False Promises, Misrepresentations And Knowing Omissions Of Material Fact (Violation Of New Jersey Consumer Fraud Act)

• Count III: Strict Liability – Misbranded Food And Hazardous Substance (Violation Of New Jersey Consumer Fraud Act)

• Count V: Common Law Fraud

• Count VI: Common Law Civil Conspiracy

It is FURTHER ORDERED that all negligence claims (Count VII) against Defendants Michigan Elite Conditioning for Athletes LLC, Total Body Nutrition LLC, and We Do Private Label LLC

2

remain pending in this action; and it is FURTHER ORDERED that this dismissal is subject to potential dismissal by stipulation of the remaining negligence claims in due course, as referenced in Plaintiff's motion; and it is FURTHER ORDERED that the clerk of the court shall serve a copy of this order on all parties.

_____
HON. ELIZABETH A. PASCAL
UNITED STATES MAGISTRATE JUDGE