## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I electronically filed the foregoing Motion for Default Judgment Against JAD Nutrition with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Dimitri Teresh, Esq. (for Poliquin entities and Kandel)

Andrew B. Lustigman, Esq. (for TBN Labs and We Do Private Label)

Scott Shaffer, Esq. (for TBN Labs and We Do Private Label)

David S. Stecklow, Esq. (for MECA)

I further certify that courtesy notice will be simultaneously sent via Certified Mail to:

Evanston Insurance Company

10 Parkway North

Deerfield, IL 60015

*/s/ Emily K. Declercq*

Emily K. Declercq
Dated: October 8, 2025