UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND<br><br>          Plaintiff,<br>vs.<br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC A/K/A MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br>          Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**PROPOSED FORM OF ORDER** |

**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT JAD NUTRITION L.L.C. D/B/A XTREME FORMULATIONS**

THIS MATTER having been opened to the Court on the motion of Plaintiff Brandon Copeland for default judgment against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions, and good cause having been shown;

IT IS on this ___ day of _____, 2025, ORDERED that Plaintiff's motion is GRANTED; and it is further ORDERED that judgment is entered in favor of Plaintiff Brandon

Copeland and against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations in the amount of $5,393,708.55, representing treble damages under the New Jersey Consumer Fraud Act; and it is further ORDERED that Plaintiff is awarded attorneys' fees, costs, and interest pursuant to N.J.S.A. 56:8-19, in amounts to be determined upon separate application; and it is further ORDERED that the Clerk of Court shall enter judgment accordingly.

SO ORDERED.

_____
HON. EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE