UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND,<br><br>        Plaintiff,<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KNDEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC A/K/A MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>        Defendant(s). | Civil Action No.:1:19-cv-20278-ESK-EAP<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Rachel Nudel, Esq., of HINSHAW & CULBERTSON LLP, 111 Wood Avenue South, Suite 210 Iselin, NJ 08830, has been retained as counsel for Defendant JAD Nutrition L.L.C d/b/a Xtreme Formulations. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated:  New York, New York
         October 22, 2025

                                                  **HINSHAW & CULBERTSON LLP**

                                        By: _/s/ R. Nudel_____
                                            Rachel Nudel, Esq.(RN 8552)
                                            111 Wood Avenue South, Suite 210
                                            Iselin, NJ 08830
                                            Phone: (908) 292-0018
                                            *Attorneys for Defendant JAD Nutrition L.L.C*
                                            *d/b/a Xtreme Formulations*

To:

DECLERCQ LAW FIRM, PLLC
Counsel for Plaintiff
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
P: (609) 873-3148
Emily K. Declercq, Esq. (via e-courts)