**VIA ECF ONLY:**

The Honorable Elizabeth A. Pascal
U.S. Magistrate Judge for the District of New
JerseyMitchell H. Cohen Building & U.S.
Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Emily K. Declercq, Esq**
Emily@declercqlawfirm.com
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
(609) 873-3148
www.declercqlawfirm.com
*MEMBER NJ, PA & NY BAR

October 24, 2025

Re: Copeland v. Poliquin Performance Center 2, LLC, et. al.
    <u>Case #: 1-19-cv-20278-ESK-EAP (District of New Jersey)</u>

Dear Judge Pascal:

Plaintiff opposes JAD Nutrition's October 23, 2025 adjournment request.

This case has been pending since 2019. The Court supervised extensive efforts to locate JAD's principals, including third-party investigations and alternative service methods. JAD was served on May 18, 2023 (ECF No. 153), and default was entered after JAD failed to appear. Discovery testimony from co-defendants indicated JAD went out of business in December 2019 'after this [lawsuit] started,' suggesting JAD had knowledge of this lawsuit before ceasing operations. While counsel has now appeared, JAD's principals remain absent despite Plaintiff's direct notice to JAD's insurer on October 11 and 14, 2025.

JAD requests seven weeks to review 200+ documents and file opposition papers, but setting aside a default under Rule 55(c) requires only showing excusable neglect and meritorious defenses, not review of the entire docket. Plaintiff offered 14 days (to November 17) if JAD files a motion to set aside default today. After six years of litigation, 17 months since service, and JAD's apparent knowledge of this suit before going out of business, further delay would prejudice Plaintiff.

Separately, JAD's counsel has not responded to our requests for insurance information, including identification of any policies, renewals, or replacement coverage after April 2018, or any written declination or non-renewal of coverage.

Plaintiff respectfully requests denial of JAD Nutrition's October 23, 2025 adjournment request.

Respectfully submitted,

**DECLERCQ LAW FIRM PLLC**
**BLACKMON & BLACKMON PLLC**

<u>By: /s/ Emily K. Declercq</u>
Emily K. Declercq
*Attorneys for Plaintiff*

*cc: All counsel of record*