<u>**VIA ECF ONLY:**</u>
The Honorable Elizabeth A. Pascal
U.S. Magistrate Judge for the District of New Jersey Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Emily K. Declercq, Esq**
Emily@declercqlawfirm.com
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
(609) 873-3148
www.declercqlawfirm.com
*MEMBER NJ, PA & NY BAR

October 24, 2025

Re: Copeland v. Poliquin Performance Center 2, LLC, et. al.
<u>Case #: 1-19-cv-20278-ESK-EAP (District of New Jersey)</u>

Dear Judge Pascal:

Plaintiff respectfully submits this status update regarding settlement proceedings.

The settlement proceeds check from Defendant Michigan Elite Conditioning for Athletes ("MECA") has been received by Co-Counsel. Counsel is holding disbursement to disburse all proceeds at the same time for Plaintiff's logistical ease, pending receipt of settlement funds from Defendants Total Body Nutrition, LLC and We Do Private Label, LLC.

As to Defendants Total Body Nutrition, LLC and We Do Private Label, LLC, the parties are in the final stages of documentation. Plaintiff anticipates receiving updated releases from TBN and Admiral Insurance within one to two business days based on correspondence with Attorney Shaffer. Upon receipt, Plaintiff will execute and return the documents to facilitate immediate wire transfer of settlement funds. Plaintiff will coordinate disbursements upon completion of TBN's obligations.

Separately, Plaintiff is addressing JAD Nutrition's adjournment request in correspondence filed contemporaneously herewith.

Respectfully submitted,

**DECLERCQ LAW FIRM PLLC**
**BLACKMON & BLACKMON PLLC**

<u>By: /s/ Emily K. Declercq</u>
Emily K. Declercq
*Attorneys for Plaintiff*

*cc: All counsel of record*