

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
111 Wood Avenue South, Suite 210
Iselin, NJ 08830

908-292-0018
**www.hinshawlaw.com**

Rachel Nudel
rnudel@hinshawlaw.com

October 24, 2025

**VIA ECF**
Hon. Elizabeth A. Pascal
Mitchell H. Cohen Building & U.S. Courthouse
Room 5C
Camden, New Jersey 08101

> **Re:    Copeland v. Poliquin Performance Center 2, LLC**
> **Civ No.: 1:19-cv-20278-ESK-EAP**

Your Hoor:

We represent the Defendant, JAD Nutrition d/b/a Xtreme Formulations ("JAD") in this matter.

Please allow this correspondence to serve as a reply to plaintiff's opposition to JAD's request for an adjournment of the plaintiff's pending motion for a default judgment against JAD which is currently scheduled for November 3, 2025.

While it is not disputed that this litigation has been active for some time, the undersigned has just appeared in this action two days ago and plaintiff's counsel's suggestion that counsel for JAD should consider filing a motion to vacate the default today, without a review of the full docket should not be entertained.

It is respectfully submitted that plaintiff's counsel will have ample opportunity to raise any substantive and/or procedural arguments in their papers, they have not argued nor identified any prejudice in this initial request for an adjournment to December 17, 2025, which is slightly longer than one month, but would provide adequate opportunity for timely briefing on both motions which can be heard on the same day.

Finally, plaintiff's counsel's argument that the undersigned has not responded to a request for documents that was made informally two days ago and via e-mail one day ago is not only irrelevant to the underlying application for an adjournment but also not reasonable considering the undersigned's recent appearance in this action.

It is respectfully submitted that while this adjournment would not prejudice the plaintiff, the denial of this adjournment would be highly prejudicial to JAD. We therefore respectfully requested that plaintiff's motion for a default judgment against JAD be adjourned to the December 17, 2205, motion date, or another date convenient to the Court.

Respectfully Submitted,

**HINSHAW & CULBERTSON LLP**

Rachel Nudel (RN 8552)

cc: All Counsel of Record via ECF