

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
111 Wood Avenue South, Suite 210
Iselin, NJ 08830

908-292-0018
www.hinshawlaw.com

Rachel Nudel
rnudel@hinshawlaw.com

# ORDER

October 23, 2025

**VIA ECF**
Hon. Elizabeth A. Pascal
Mitchell H. Cohen Building & U.S. Courthouse
Room 5C
Camden, New Jersey 08101

    Re:    **Copeland v. Poliquin Performance Center 2, LLC**
             Civ No.: 1:19-cv-20278-ESK-EAP

Your Honor:

We represent the Defendant, JAD Nutrition d/b/a Xtreme Formulations ("JAD") in this matter.

Please allow this correspondence to serve as a request for an adjournment of the plaintiff's pending motion for a default judgment against JAD which is currently scheduled for November 3, 2025.

Since our firm has just been retained it this matter, the undersigned respectfully requests an initial, one-time adjournment of plaintiff's motion for a default judgment to the December 17, 2025 motion date. This would allow for sufficient time to review the docket of over 200 filed documents, submit timely opposition papers to plaintiff's motion and consider making a motion to vacate the default against JAD, to be made returnable on the same date. While this requested adjournment is slightly longer than one month, it would provide adequate opportunity for timely briefing on both motions which can be heard on the same day.

The undersigned has reached out to all counsel of record regarding this request. While plaintiff's counsel did consent to a 2-week adjournment of their motion to November 17, 2025 in order to permit JAD to move to vacate the default judgment against them, this would not be feasible in light of the extensive docket of over 200 filed documents in this case because such motion would need to be filed by tomorrow, October 24, 2025 in order to be timely for the November 17, 2025 return date. Aside from plaintiff's counsel, no other counsel have taken any position on this request.

It is respectfully submitted that while this adjournment would not prejudice the plaintiff, the denial of this adjournment would be highly prejudicial to JAD. We therefore respectfully requested that plaintiff's motion for a default judgment against JAD be adjourned to the December 17, 2205 motion date, or another date convenient to the Court.

**So Ordered.**

__/s/ Edward S. Kiel__
**Edward S. Kiel, U.S.D.J.**
**Date: October 24, 2025**

Respectfully Submitted,

**HINSHAW & CULBERTSON LLP**

Rachel Nudel (RN 8552)

cc: All Counsel of Record via ECF