

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
111 Wood Avenue South, Suite 210
Iselin, NJ 08830

908-292-0018
www.hinshawlaw.com

Rachel Nudel
rnudel@hinshawlaw.com

November 10, 2025

**VIA ECF**
Elizabeth A. Pascal, USMJ
Mitchell H. Cohen Building & U.S. Courthouse
Camden, New Jersey 08101

    Re:    **Copeland v. Poliquin Performance Center 2, LLC**
            **Civ No.: 1:19-cv-20278-ESK-EAP**

Your Honor:

We represent the Defendant, JAD Nutrition d/b/a Xtreme Formulations ("JAD") in this matter.

Please allow this letter to confirm that in accordance with the Court's October 31, 2025 Order, the undersigned has provided plaintiff's counsel with the insurance policy issued to JAD by Markel Insurance Company.

                                          Respectfully Submitted,

                                          **HINSHAW & CULBERTSON LLP**

                                          Rachel Nudel (RN 8552)

cc: All Counsel of Record via ECF