# EXHIBIT A

**From:** Scheldt, Sarah <Sarah.Scheldt@Markel.com>
**Sent:** Friday, November 14, 2025 4:24 PM
**To:** Villaverde, April <avillaverde@hinshawlaw.com>; Nudel, Rachel <rnudel@hinshawlaw.com>
**Subject:** JAD NUTRITION 2017 POLICY INFORMATION

---

**\*\*\*External email\*\*\***
This message came from outside your organization.

Report Suspicious

---

**Sarah Scheldt, AINS, AIC**
**Senior Claims Specialist**
**Products Liability, Life Sciences and Environmental Claims**
Casualty Claims
Markel®
Phyllis Modlin, Qualified Manager, California License No. 2M36698

Direct: (469) 476-3019
Internal: ext 253019

5601 Granite Park
Ste 600
Plano, TX 75204

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

"*This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately.*"

---

**From:** Barb Lovely <Barb_Lovely@RPSins.com>
**Sent:** Wednesday, November 12, 2025 1:25 PM
**To:** Scheldt, Sarah <Sarah.Scheldt@Markel.com>
**Subject:** RE: 2017 POLICY INFORMATION

HI Sarah,

They did not purchase an ERP

**Barb Lovely**
**Support Team Lead**

Direct: 515 221 2403   |   Fax: 515 225 8073
Risk Placement Services   |   RPS Minneapolis
Barb_Lovely@RPSins.com   |   RPSins.com   |   Risk Placement Services Insurance Brokers CA License No. 0C66724

**From:** Scheldt, Sarah <Sarah.Scheldt@Markel.com>
**Sent:** Wednesday, November 12, 2025 12:00 PM
**To:** Barb Lovely <Barb_Lovely@RPSins.com>
**Subject:** RE: 2017 POLICY INFORMATION

 External email

I had one more question on this policy: did they purchase any extended reporting coverage? Thanks!

**Sarah Scheldt, AINS, AIC**
**Senior Claims Specialist**
**Products Liability, Life Sciences and Environmental Claims**
Casualty Claims
Markel®
Phyllis Modlin, Qualified Manager, California License No. 2M36698

Direct: (469) 476-3019
Internal: ext 253019

5601 Granite Park
Ste 600
Plano, TX 75204

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

"*This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately.*"

**From:** Barb Lovely <Barb_Lovely@RPSins.com>
**Sent:** Tuesday, November 4, 2025 12:50 PM
**To:** Scheldt, Sarah <Sarah.Scheldt@Markel.com>

**Cc:** Brandon Goodin <Brandon_Goodin@rpsins.com>
**Subject:** RE: 2017 POLICY INFORMATION

Hi Sarah

Not through RPS.  If they had coverage, they would have placed elsewhere.

**Barb Lovely**
**Support Team Lead**
Direct: 515 221 2403   |   Fax: 515 225 8073
Risk Placement Services   |   RPS Minneapolis
Barb_Lovely@RPSins.com  |  RPSins.com   |   Risk Placement Services Insurance Brokers CA License No. 0C66724

---

**From:** Scheldt, Sarah <Sarah.Scheldt@Markel.com>
**Sent:** Tuesday, November 4, 2025 12:11 PM
**To:** Barb Lovely <Barb_Lovely@RPSins.com>
**Cc:** Brandon Goodin <Brandon_Goodin@rpsins.com>
**Subject:** RE: 2017 POLICY INFORMATION


Were they placed with any other carriers after 2017? There is a suit from 2019 that we will need to put any carriers on notice of. Thank you!

**Sarah Scheldt, AINS, AIC**
**Senior Claims Specialist**
**Products Liability, Life Sciences and Environmental Claims**
Casualty Claims
Markel®
Phyllis Modlin, Qualified Manager, California License No. 2M36698

Direct: (469) 476-3019
Internal: ext 253019

5601 Granite Park
Ste 600
Plano, TX 75204


**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

"*This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason.  This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled.  If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately.*"

**From:** Barb Lovely <Barb_Lovely@RPSins.com>
**Sent:** Tuesday, November 4, 2025 11:43 AM
**To:** Scheldt, Sarah <Sarah.Scheldt@Markel.com>
**Cc:** Brandon Goodin <Brandon_Goodin@rpsins.com>
**Subject:** FW: 2017 POLICY INFORMATION

Sarah

Attached is the application we have on file.   Hope this helps.
Let me know if additional information is needed.

**Barb Lovely**
**Support Team Lead**

Direct: 515 221 2403    |    Fax: 515 225 8073
Risk Placement Services    |    RPS Minneapolis
Barb_Lovely@RPSins.com    |    RPSins.com    |    Risk Placement Services Insurance Brokers CA License No. 0C66724

---

**From:** Brandon Goodin <Brandon_Goodin@rpsins.com>
**Sent:** Tuesday, November 4, 2025 11:24 AM
**To:** Barb Lovely <Barb_Lovely@RPSins.com>
**Subject:** Fw: 2017 POLICY INFORMATION

Can you look this up and let me know if we have this info? If we do, go ahead and send it to Markel below and include me, please.

Thanks!

Brandon Goodin, ASLI
Area President
Direct: 952.646.6750
Mobile: 417.209.3119
Email: Brandon_Goodin@rpsins.com

CA License # 4273206
Risk Placement Services Insurance Brokers - CA License # 0C66724

---

**From:** Scheldt, Sarah <Sarah.Scheldt@Markel.com>
**Sent:** Tuesday, November 4, 2025 11:13 AM
**To:** Kevin Nelson (Bloomington) <kevin_nelson@rpsins.com>
**Subject:** 2017 POLICY INFORMATION


Mr. Nelson,

We have received notice of a suit involving a former insured: JAD Nutrition dba Extreme Formulations (Policy # SP878586). We do not have current information for an insured contact and are hoping that RPS Scobie may have retained the underwriting application. Are you able to check that for me?

**Sarah Scheldt, AINS, AIC**
**Senior Claims Specialist**

4

**Products Liability, Life Sciences and Environmental Claims**
Casualty Claims
Markel®
Phyllis Modlin, Qualified Manager, California License No. 2M36698

Direct: (469) 476-3019
Internal: ext 253019

5601 Granite Park
Ste 600
Plano, TX 75204

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

"*This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason.  This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled.  If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately.*"