

**HINSHAW & CULBERTSON LLP**
Attorneys at Law

111 Wood Avenue South, Suite 210
Iselin, NJ 08830

908-292-0018
www.hinshawlaw.com

Rachel Nudel
rnudel@hinshawlaw.com

November 21, 2025

**VIA ECF**
Elizabeth A. Pascal, USMJ
Mitchell H. Cohen Building & U.S. Courthouse
Camden, New Jersey 08101

      Re:    **Copeland v. Poliquin Performance Center 2, LLC**
              **Civ No.: 1:19-cv-20278-ESK-EAP**

Your Honor:

We represent the Defendant, JAD Nutrition d/b/a Xtreme Formulations ("JAD") in this matter.

This correspondence is to advise and update the court that Evanston Insurance Company ("EIC") has now issued a letter to plaintiff's counsel confirming their denial of coverage in this matter. We were advised that a copy of this letter was sent yesterday to plaintiff's counsel via both regular mail and e-mail at 4:23 PM CST (5:23 PM EST.)

The undersigned reiterates the arguments set forth in my November 18, 2025 (Dkt. #218) and November 20, 2025 (Dkt. #220) letters and it is respectfully submitted that counsel for JAD has fully complied with all Court Orders and has in good faith provided all available responsive information and documentation.

                                          Respectfully Submitted,

                                          **HINSHAW & CULBERTSON LLP**

                                          Rachel Nudel (RN 8552)

cc: All Counsel of Record via ECF