Rachel Nudel
**HINSHAW & CULBERTSON LLP**
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com
*Attorneys for Defendant*
*JAD Nutrition d/b/a*
*Xtreme Formulations*

# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,  *Plaintiff,*  v.  POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);  *Defendants.* | Civil Action No.: 1:19-cv-20278  **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that JAD NUTRITION LLC, d/b/a XTREME FORMULATIONS, ("JAD") will move before the Honorable, Edward S. Kiel, U.S.D.J. on December 15, 2025 for an Order:

(1) Vacating the Default against JAD; and

(2) For such other, additional and further relief as this Court deems just and proper.

In support of my motion, I will rely on the attached brief and declaration.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant JAD Nutrition, LLC d/b/a Xtreme Formulations*

By: _____
Rachel Nudel, Esq.  (RN 8552)
HINSHAW & CULBERTSON LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com

November 21, 2025

To:  All Counsel of record via ECF