Rachel Nudel
**HINSHAW & CULBERTSON LLP**
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com
*Attorneys for Defendant*
*JAD Nutrition d/b/a*
*Xtreme Formulations*

## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,<br><br>          *Plaintiff,*<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>          *Defendants.* | Civil Action No.: 1:19-cv-20278<br><br><br><br>**DECLARATION OF RACHEL NUDEL IN SUPPORT OF JAD NUTRITION D/B/A XTREME FORMULATIONS' MOTION TO VACATE DEFAULT** |

I, Rachel Nudel, pursuant to 28 U.S.C. § 1746, hereby declare under the penalties of perjury that the following it true and correct:

1.    I am an attorney at law of the State of New Jersey and am admitted to practice before this Court.  I am also a partner with Hinshaw & Culbertson LLP, defending JAD Nutrition, LLC d/b/a Xtreme Formulations ("JAD") in this lawsuit. As such, I am fully familiar with the facts and circumstances at issues in this litigation and set forth below.

2.     This Declaration is being submitted in support of JAD s' Motion to Vacate the Default against them.

3.    A true and correct copy of the Business Record Detail from the Minnesota Secretary of State web site is annexed hereto as **Exhibit A**.

4.    A true and correct copy of *Auto Rentals Inc. v. Bama Commer. Leasing, LLC.,*  2018 U.S. Dist. LEXIS 159400 is annexed hereto as **Exhibit B.**

5.    A true and correct copy of *Bonilla v. Boardwalk 1000, LLC.*  2022 U.S. Dist. LEXIS 228476 is annexed hereto as **Exhibit C.**

6.    A true and correct copy of *Burt v. Royce,*  2025 U.S. Dist. LEXIS 172730 is annexed hereto as **Exhibit D**.

7.    A true and correct copy of *Chamblin Grp. Real Est. Ventures v. Pina,* 2025 U.S. Dist. Lexis 39554 is annexed hereto as **Exhibit E.**

8. A true and correct copy of *Doe v. Wyndham Hotels & Resors, Inc.* 2025 U.S. Dist., LEXIS 189494 is annexed hereto as **Exhibit F**.

9. A true and correct copy of *Elite Neurophysiology LLC v. Blue Cross Blue Shield,* 2025 U.S. Dist., LEXIS 159400 is annexed hereto as **Exhibit G.**

10. A true and correct copy of *Emerson Radio Corp. v. Emerson Quiet Kool Co.,* 2023 U.S. Dist., LEXIS 117434 is annexed hereto as **Exhibit H.**

11. A true and correct copy of *Fid. Warranty Servs. V. Edison Motor Cars, Inc.,* 2022 U.S. Dist., LEXIS 135590 is annexed hereto as **Exhibit I**.

12. A true and correct copy of *Gant v. Advanced Elec., Inc.,* 2017 U.S. Dist., LEXIS 159400 is annexed hereto as **Exhibit J.**

13. A true and correct copy of *GCN IV, LLC v. Salerno,* 2020 U.S. Dist., LEXIS 19757 is annexed hereto as **Exhibit K.**

14. A true and correct copy of *In re Metformin Mkt. & Sales Prac. Litig.,* 2023 U.S. Dist., LEXIS 244806 is annexed hereto as **Exhibit L.**

15. A true and correct copy of *JD Glob. Sales v. Jem D Int'l Partner, LP,* 2023 U.S. Dist., LEXIS 122893 is annexed hereto as **Exhibit M**.

16. A true and correct copy of McKinney v. Fitzgerald, 2022 U.S. Dist., LEXIS 4278 is annexed hereto as **Exhibit N.**

17. A true and correct copy of *Miles v. City of Newark,* 2016 U.S. Dist., LEXIS

125324 is annexed hereto as **Exhibit O.**

18.    A true and correct copy of *N.J. Chinese Cmty. Crt. v. McAleer,* 2022 U.S.

Dist. LEXIS 145256 is annexed hereto as **Exhibit P.**

19.    A true and correct copy of *Thurston L. Offs. LLC v. Rue,* 2025 U.S. Dist.

LEXIS 175416 is annexed hereto as **Exhibit Q.**

I declare that the foregoing is true and correct under penalty of perjury.

Respectfully submitted,
**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant JAD Nutrition, LLC*
*d/b/a Xtreme Formulations*

By: _____
Rachel Nudel, Esq.  (RN 8552)
HINSHAW & CULBERTSON LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com

November 21, 2025