# Exhibit A

Business Filing Details

---

## Business Record Details »

Minnesota Business Name

# JAD Nutrition L. L. C.

**Business Type**
Limited Liability Company (Domestic)

**MN Statute**
322C

**File Number**
813324000022

**Home Jurisdiction**
Minnesota

**Filing Date**
2/23/2015

**Status**
Inactive

**Renewal Due Date**
12/31/2023

**Registered Office Address**
451 Taft St. NE
Minneapolis, MN 55413
USA

**Registered Agent(s)**
(Optional) Currently No Agent

**Manager**
A G
451 Taft St. NE
Minneapolis, MN 55413
USA

**Principal Executive Office Address**
451 Taft St. NE
Minneapolis, MN 55413
USA

---

Filing History

# Filing History

**Select the item(s) you would like to order:** | Order Selected Copies |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | | | |
| ☐ | 2/23/2015 | Original Filing - Limited Liability Company (Domestic) (Business Name: JAD Nutrition L. L. C.) | |

Business Filing Details

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| | 1/1/2018 | Conversion to 322C Due to Statute Mandate – Limited Liability Company (Domestic) | |
| ☐ | 9/6/2019 | Registered Office and/or Agent - Limited Liability Company (Domestic) | |
| ☐ | 2/27/2024 | Administrative Termination - Limited Liability Company (Domestic) | |

© 2025 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

✉ Subscribe for email updates! Vulnerability Disclosure