**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
P: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID#: 100782017

**OF COUNSEL**

**BLACKMON & BLACKMON, PLLC**
907 W Peace St.
Canton, MS 39046
P: 601-859-1567 F: 601-859-2311
Edward Blackmon, Jr., Esquire, MS Attorney ID#: 3354
Barbara M. Blackmon, Esquire, MS Attorney ID#: 3346
Bradford J. Blackmon, Esquire, MS Attorney ID#: 104848

| | |
|---|---|
| BRANDON COPELAND<br>　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC A/K/A MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br>　　　　　　　　　　　　　Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED APPEARANCES AND MOTION FILED BY COUNSEL WITHOUT AUTHORITY TO REPRESENT DEFENDANT JAD NUTRITION, LLC** |

**NOTICE OF MOTION**

TO: The Clerk of Court and All Counsel of Record:

PLEASE TAKE NOTICE that Plaintiff, Brandon Copeland, by and through undersigned counsel, hereby moves this Court, pursuant to the Court's inherent authority to regulate the conduct of attorneys appearing before it, Federal Rule of Civil Procedure 55(b)(2), and applicable New Jersey law governing the representation of limited liability companies, for an Order:

1. Striking the appearances of Rachel Nudel, Esq., April Villaverde, Esq., and the law firm of Hinshaw & Culbertson LLP as counsel for Defendant JAD Nutrition, LLC;
2. Striking the Motion to Vacate Default filed on November 21, 2025 (ECF No. 225) as having been filed without authorization from JAD Nutrition, LLC;
3. Disregarding the coverage declination letter transmitted privately by Meagher + Geer LLP and referenced in ECF No. 223, as that firm has never entered an appearance in this matter;
4. Reinstating Plaintiff's Motion for Default Judgment (ECF No. 202), which was administratively terminated solely because of the unauthorized filing;
5. Prohibiting any attorney or law firm from appearing for or submitting filings on behalf of JAD Nutrition, LLC unless and until counsel provides documentary proof of authorization from the entity itself; and
6. Granting such other and further relief as the Court deems just and proper.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Emily K. Declercq, Esq., and the full record in this matter.

Plaintiff expressly reserves all rights, including with respect to the Motion to Vacate (ECF No. 225), including procedural and substantive objections, should the Court determine that the filing is properly before it.

Dated: November 25, 2025

                                      Respectfully submitted,

                                      */s/ Emily K. Declercq*
                                      Emily K. Declercq, Esq.
                                      DECLERCQ LAW FIRM PLLC
                                      BLACKMON & BLACKMON PLLC
                                      Attorneys for Plaintiff