## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing Motion to Strike Unauthorized Appearances, together with the accompanying Memorandum of Law, Declaration of Emily K. Declercq, Esq., and exhibit, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Emily K. Declercq*

Emily K. Declercq
Dated: November 25, 2025