UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND<br><br>          Plaintiff,<br><br> vs.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC A/K/A MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br>          Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**PROPOSED FORM OF ORDER** |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED APPEARANCES**

THIS MATTER having been opened to the Court on Plaintiff's Motion to Strike Unauthorized Appearances, and the Court having reviewed the submissions and being fully advised in the premises; and The Court having found that counsel appearing for Defendant JAD Nutrition, LLC have admitted they have never communicated with their purported client and lack authorization to represent said Defendant;

IT IS on this _____ day of _____, 2025, hereby:

   ORDERED that Plaintiff's Motion to Strike Unauthorized Appearances and Filings is

1

GRANTED; and it is further

ORDERED that ALL appearances and filings by Rachel Nudel, Esq., April Villaverde, Esq., and the law firm of Hinshaw & Culbertson LLP purporting to act on behalf of JAD Nutrition, LLC are hereby STRICKEN from the record, including but not limited all letters correspondence and motions including the Motion to Vacate Default filed November 21, 2025 (ECF No. 225) ; and it is further

ORDERED that the Court shall disregard all stricken filings for all purposes and they shall have no legal effect; and it is further

ORDERED that the privately-transmitted insurance declination letter from Meagher + Geer LLP referenced in ECF No. 223 shall be disregarded as it was not properly filed by counsel authorized to appear in this matter; and it is further

ORDERED that Plaintiff's Motion for Default Judgment (ECF No. 202), which was administratively terminated on November 22, 2025, is hereby REINSTATED to the active docket; and it is further

ORDERED that the December 15, 2025 deadline for opposition to the stricken Motion to Vacate is VACATED as moot; and it is further

ORDERED that no attorney, law firm, or other representative may appear for, file any document on behalf of, or otherwise purport to represent JAD Nutrition, LLC in this matter without first filing: (a) A sworn declaration from an authorized representative of JAD Nutrition, LLC confirming the retention and authorization of counsel; OR (b) Proof of a current duty to

defend under an applicable insurance policy, together with evidence that the insurer has properly notified JAD of the representation; and it is further

ORDERED that a copy of this Order shall be served upon all counsel of record via ECF.

SO ORDERED.

_____