**VIA ECF ONLY:**
The Honorable Elizabeth A. Pascal
U.S. Magistrate Judge for the District of New
Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Emily K. Declercq, Esq**
Emily@declercqlawfirm.com
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
(609) 873-3148
www.declercqlawfirm.com
*MEMBER NJ, PA & NY BAR

November 25, 2025

Re: Copeland v. Poliquin Performance Center 2, LLC, et. al.
 Case No.: 1-19-cv-20278-ESK-EAP (District of New Jersey)

Dear Judge Pascal,

Plaintiff respectfully requests temporary relief from the December 15, 2025 deadline to oppose Defendant JAD Nutrition's Motion to Vacate Default (ECF No. 225).

As detailed in Plaintiff's contemporaneously-filed Motion to Strike, the Motion to Vacate was filed by counsel who acknowledge they have never communicated with JAD and who were retained solely by an insurer that has now disclaimed coverage through a separate law firm that has not appeared in this case. Because the threshold issue of counsel's authority is fully dispositive of the Motion to Vacate, Plaintiff requests that briefing be held in abeyance pending resolution of the Motion to Strike.

The current schedule creates unavoidable prejudice. Requiring Plaintiff to brief a motion filed by counsel who may lack authority to act on JAD's behalf risks treating an unauthorized filing as valid, potentially waiving objections to improper representation and compelling unnecessary expenditure of resources. Further, the declination letter referenced in ECF No. 223, issued by attorneys who have not appeared, highlights the uncertainty surrounding who, if anyone, is authorized to litigate on JAD's behalf.

For these reasons, Plaintiff respectfully requests that the Court:

1. Stay the December 15 opposition deadline pending resolution of the Motion to Strike; or, in the alternative,
2. Extend Plaintiff's opposition deadline to 14 days following the Court's determination of the authority issue;
   or, at minimum,
3. Expedite consideration of the Motion to Strike in light of the approaching briefing deadline and intervening holiday.

*cc: All counsel of record*

Respectfully submitted,

**DECLERCQ LAW FIRM PLLC**
**BLACKMON & BLACKMON PLLC**

*By: /s/ Emily K. Declercq*
Emily K. Declercq
*Attorneys for Plaintiff*

*cc: All counsel of record*