

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
111 Wood Avenue South, Suite 210
Iselin, NJ 08830

908-292-0018
www.hinshawlaw.com

Rachel Nudel
rnudel@hinshawlaw.com

November 26, 2025

**VIA ECF**
Elizabeth A. Pascal, USMJ
Mitchell H. Cohen Building & U.S. Courthouse
Camden, New Jersey 08101

      Re:    **Copeland v. Poliquin Performance Center 2, LLC**
               Civ No.: 1:19-cv-20278-ESK-EAP

Your Honor:

We represent the Defendant, JAD Nutrition d/b/a Xtreme Formulations ("JAD") in this matter.

This correspondence is in response to plaintiff's counsel's correspondence (Dkt. #228) regarding JAD's pending motion to vacate the default against them (Dkt. #227) and request for "temporary relief from the December 15, 2025, deadline to oppose Defendant JAD's motion to vacate Default."

As a preliminary matter, the undersigned objects to the plaintiff's counsel's substantive arguments and reserves all rights to address and oppose all such arguments. Additionally, while plaintiff's counsel has not sought our consent for their request for additional time to oppose the pending motion to vacate, we do not oppose counsel's request for an adjournment of the pending motion, nor for additional time to submit opposition papers, so long as we have at least seven (7) days before any return date to submit our reply papers.  We do, however, object to plaintiff's counsel's request to expediate consideration of their motion to strike, as such would not allow sufficient time for briefing.

The undersigned further advises the Court that we intend to move to be relieved as counsel in this matter and anticipate making such motion by December 12, 2025, in time for the January 5, 2026 motion date. The adjudication of our motion to be relieved as counsel should render the majority of plaintiff's pending motion to strike moot. In the interests of judicial economy, we therefore respectfully request that plaintiff's motion to strike be adjourned to the January 20, 2026 return date.

Please do not hesitate to contact the undersigned with any questions that you may have.

Respectfully Submitted,

**HINSHAW & CULBERTSON LLP**

Rachel Nudel (RN 8552)

cc: All Counsel of Record via ECF