

**HINSHAW & CULBERTSON LLP**
Attorneys at Law
111 Wood Avenue South, Suite 210
Iselin, NJ 08830

908-292-0018
www.hinshawlaw.com

Rachel Nudel
rnudel@hinshawlaw.com

December 1, 2025

**VIA ECF**
Elizabeth A. Pascal, USMJ
Mitchell H. Cohen Building & U.S. Courthouse
Camden, New Jersey 08101

    Re:    **Copeland v. Poliquin Performance Center 2, LLC**
              Civ No.: 1:19-cv-20278-ESK-EAP

Your Honor:

We represent the Defendant, JAD Nutrition d/b/a Xtreme Formulations ("JAD") in this matter.

In response to the Court's Text Order scheduling a status conference in this matter on December 2, 2025 at 11:30 a.m. directing the appearance of all counsel of record for plaintiff and JAD (Dkt. 230), please be advised that my partner, Ms. Villaverde has a scheduling conflict tomorrow as she is currently scheduled to appear before Judge DeAngelis in Morristown for a settlement conference that begins at 11:30 a.m.

As the lead attorney in this matter from our firm, I am available and ready to proceed with tomorrow's conference at the scheduled time. However, if the Court requires Ms. Villaverde's appearance as well, we respectfully request that the conference be moved to a time, prior to 11:00 a.m. tomorrow, or another date and time convenient to the Court. The undersigned is generally available this week, with the exception of the afternoon of Thursday, December 4th.

Please do not hesitate to contact us with any questions that you may have.

                                            Respectfully Submitted,

                                            **HINSHAW & CULBERTSON LLP**

                                            Rachel Nudel (RN 8552)

cc: All Counsel of Record via ECF