THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **BRANDON COPELAND,**<br><br>**Plaintiff,**<br><br>v.<br><br>**POLIQUIN PERFORMANCE CENTER 2, LLC, et al.,**<br><br>**Defendants.** | Civil No. 19-20278 (ESK/EAP) |

## AMENDED SCHEDULING ORDER

This Amended Scheduling Order confirms the directives given to counsel at the status conference held on the record on **December 2, 2025**; and the Court noting the following appearances: **Emily K. Declercq, Esquire and Bradford Blackmon, Esquire,** appearing on behalf of Plaintiff; **Rachel Nudel, Esquire**, appearing on behalf of Defendant JAD Nutrition; and for good cause shown;

**IT IS** this **2nd** day of **December 2025**, hereby **ORDERED**:

1. The return date of Defendant JAD Nutrition's Motion to Vacate Clerk's Entry of Default, ECF No. 225, shall be adjourned and reset to **January 5, 2026**. Plaintiff's opposition shall be due on **December 22, 2025**. Defendant's reply brief shall be due on **December 29, 2025**.

2. No later than **December 12, 2025**, counsel for Defendant JAD Nutrition shall file a motion to withdraw as counsel. Plaintiff's opposition shall be due on **December 22, 2025**, and Defendant JAD Nutrition's reply shall be due on **December 29, 2025**.

3. Plaintiff's Motion to Strike, ECF No. 227, is **ADMINISTRATIVELY TERMINATED** pending the filing and resolution of the motion to withdraw as counsel for Defendant JAD Nutrition.

4. Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel consent to the application. The scheduling deadlines set herein will not be extended unless good cause is shown. All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc: Hon. Edward S. Kiel, U.S.D.J.