Rachel Nudel
**HINSHAW & CULBERTSON LLP**
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com
*Attorneys for Defendant*
*JAD Nutrition d/b/a*
*Xtreme Formulations*

# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,<br><br>*Plaintiff,*<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>*Defendants.* | Civil Action No.: 1:19-cv-20278<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Rachel Nudel, Esq., April Villaverde, Esq. and Hinshaw & Culbertson LLP will move before the Honorable, Elizabeth A. Pascal U.S.M.J. on January 5, 2026 for an Order:

(1) granting leave to Rachel Nudel, Esq., April Villaverde, Esq. and Hinshaw & Culbertson LLP to be relieved and withdraw as counsel for defendant JAD Nutrition, LLC, d/b/a Xtreme Formulations;

(2) For such other, additional and further relief as this Court deems just and proper.

In support of my motion, I will rely on the attached brief and declaration.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant JAD Nutrition, LLC d/b/a Xtreme Formulations*

By: _____
Rachel Nudel, Esq.  (RN 8552)
HINSHAW & CULBERTSON LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com

December 12, 2025

To:  All Counsel of record via ECF