# Exhibit A

# Nudel, Rachel

| From: | Nudel, Rachel |
|---|---|
| Sent: | Wednesday, October 22, 2025 3:05 PM |
| To: | 'emily@declercqlawfirm.com' |
| Cc: | 'alustigman@olshanlaw.com'; 'docketclerk@olshanlaw.com'; 'sshaffer@olshanlaw.com'; 'dstecklow@callahanfusco.com'; 'aedwards@callahanfusco.com'; 'eserve@callahanfusco.com'; 'dteresh@tkfpc.com'; '7393055420@filings.docketbird.com'; 'court-notices@tkfpc.com'; 'dteresh@recap.email'; 'framirez@tkfpc.com'; 'ekillian@tkfpc.com'; 'arobinson@tkfpc.com'; 'dteresh@tkfpc.com'; 'framirez@tkfpc.com'; 'hnardi@tkfpc.com'; 'jallen@tkfpc.com'; 'rmilun@tkfpc.com'; 'sshaffer@olshanlaw.com'; 'alustigman@olshanlaw.com'; 'docketclerk@olshanlaw.com'; 'tonny.ahmed@hbandglaw.com'; 'cschmucker@callahanfusco.com'; 'eserve@callahanfusco.com'; Villaverde, April |
| Subject: | Activity in Case 1:19-cv-20278-ESK-EAP COPELAND v. POLIQUIN PERFORMANCE CENTER 2, LLC |

Dear Ms. Declercq,

Thank you for taking the time to speak with me this afternoon. As per the Notice of Appearance filed today, we will be representing JAD Nutrition L.L.C. d/b/a Xtreme Formulations in this matter.

I have requested that you consent to vacating the default so that we can respond to the Complaint. Alternatively, I have asked that you agree to carry the pending motion for a default judgment, currently returnable for November 3, 2025 so that we may have an opportunity to submit timely opposition. Please advise if you will agree to consent to vacate the default against JAD so that we can respond to the Complaint.

If you do not agree to vacate the default, please advise if you consent to carry this motion for 45 days to December 18, 2025. As you are aware, the docket here contains over 200 filed documents that need to be reviewed.

As I indicated when we spoke, I would like to contact the Court regarding these applications as soon as possible. You indicated that you need to discuss this request with your co-counsel and would let me know. Please note that I will be filing my request by noon tomorrow and would appreciate your response as soon as possible so that I can note your position when I make the application(s). I have also copied all e-mail addresses listed on the docket. To the extent anyone other than plaintiff's counsel has a position with respect to these applications, please advise.

Thank you for your anticipated courtesy and attention to this.

Regards,

**Rachel Nudel**
Partner
**Hinshaw & Culbertson LLP**

Iselin Office | 111 Wood Avenue South, Suite 210, Iselin, NJ 08830
**O:** 908-292-0018 | **F:** 908-374-0345
New York Office | 800 Third Avenue, 13th Floor, New York, NY 10022

1

rnudel@hinshawlaw.com
My Bio | hinshawlaw.com | in f X 📷



Proudly
MANSFIELD RULE
CERTIFIED *PLUS*

**From:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Wednesday, October 22, 2025 1:05 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-20278-ESK-EAP COPELAND v. POLIQUIN PERFORMANCE CENTER 2, LLC Notice of Appearance

***External email***   | Report Suspicious |
This message came from outside your organization.

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered by NUDEL, RACHEL on 10/22/2025 at 1:04 PM EDT and filed on 10/22/2025
**Case Name:**        COPELAND v. POLIQUIN PERFORMANCE CENTER 2, LLC
**Case Number:**    1:19-cv-20278-ESK-EAP
**Filer:**                   JAD NUTRITION
**Document Number:** 205

**Docket Text:**
**NOTICE of Appearance by RACHEL NUDEL on behalf of JAD NUTRITION (NUDEL, RACHEL)**

**1:19-cv-20278-ESK-EAP Notice has been electronically mailed to:**

ANDREW B. LUSTIGMAN    alustigman@olshanlaw.com, docketclerk@olshanlaw.com, sshaffer@olshanlaw.com

DAVID SAMUEL STECKLOW    dstecklow@callahanfusco.com, aedwards@callahanfusco.com, eserve@callahanfusco.com

DIMITRI TERESH    dteresh@tkfpc.com, 7393055420@filings.docketbird.com, court-notices@tkfpc.com, dteresh@recap.email, framirez@tkfpc.com

EMILY KAY DECLERCQ    emily@declercqlawfirm.com, edblackmon@blackmonlawfirm.com, emilykaydeclercq@gmail.com, sharon@declercqlawfirm.com

EUGENE KILLIAN , JR    ekillian@tkfpc.com, arobinson@tkfpc.com, dteresh@tkfpc.com, framirez@tkfpc.com, hnardi@tkfpc.com, jallen@tkfpc.com, rmilun@tkfpc.com

RACHEL NUDEL    rnudel@hinshawlaw.com

SCOTT SHAFFER    sshaffer@olshanlaw.com, alustigman@olshanlaw.com, docketclerk@olshanlaw.com

TONNY AHMED    tonny.ahmed@hbandglaw.com, cschmucker@callahanfusco.com, eserve@callahanfusco.com

**1:19-cv-20278-ESK-EAP Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=10/22/2025] [FileNumber=20040218-0] [8d8085524cfefa86cb8f4446c8702bfac765a800d33a73208d9254af6391964046229b441578e6b415f2ea1568db50c810d03b30ef35576a1ad48fdb6200a2a5]]

3