# Exhibit B

**Nudel, Rachel**

| | |
|---|---|
| **From:** | Nudel, Rachel |
| **Sent:** | Wednesday, October 22, 2025 8:21 PM |
| **To:** | 'Emily Declercq' |
| **Cc:** | alustigman@olshanlaw.com; docketclerk@olshanlaw.com; sshaffer@olshanlaw.com; dstecklow@callahanfusco.com; aedwards@callahanfusco.com; eserve@callahanfusco.com; dteresh@tkfpc.com; 7393055420@filings.docketbird.com; court-notices@tkfpc.com; dteresh@recap.email; framirez@tkfpc.com; ekillian@tkfpc.com; arobinson@tkfpc.com; hnardi@tkfpc.com; jallen@tkfpc.com; rmilun@tkfpc.com; tonny.ahmed@hbandglaw.com; cschmucker@callahanfusco.com; Villaverde, April; Bradford Blackmon; Ed Blackmon |
| **Subject:** | Activity in Case 1:19-cv-20278-ESK-EAP COPELAND v. POLIQUIN PERFORMANCE CENTER 2, LLC |

Hello,

Thank you for your response and agreement to carry your motion until the November 17th return date.

While we do intend to move to set aside the default, in light of the extensive docket in this case, this will not be feasible in time for the November 17, 2025 motion date, as that motion would need to be filed by October 24th in order to be timely.

If we adjourn your motion to the December 17, 2025 motion day and make our motion in time for this return date, there will be adequate opportunity for timely briefing on both motions and they can both be heard on this date.

Please let us know if you consent to this briefing schedule. I will be available tomorrow if you would like to discuss or have any other proposals.

Best,

**Rachel Nudel**
Partner
**Hinshaw & Culbertson LLP**
111 Wood Avenue South, Suite 210, Iselin, NJ 08830

**O:** 908-292-0018 | **F:** 908-374-0345
rnudel@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on   



 

1

**From:** Emily Declercq <emily@declercqlawfirm.com>
**Sent:** Wednesday, October 22, 2025 4:46 PM
**To:** Nudel, Rachel <rnudel@hinshawlaw.com>
**Cc:** alustigman@olshanlaw.com; docketclerk@olshanlaw.com; sshaffer@olshanlaw.com; dstecklow@callahanfusco.com; aedwards@callahanfusco.com; eserve@callahanfusco.com; dteresh@tkfpc.com; 7393055420@filings.docketbird.com; court-notices@tkfpc.com; dteresh@recap.email; framirez@tkfpc.com; ekillian@tkfpc.com; arobinson@tkfpc.com; hnardi@tkfpc.com; jallen@tkfpc.com; rmilun@tkfpc.com; tonny.ahmed@hbandglaw.com; cschmucker@callahanfusco.com; Villaverde, April <avillaverde@hinshawlaw.com>; Bradford Blackmon <bjblackmon@blackmonlawfirm.com>; Ed Blackmon <edblackmon@blackmonlawfirm.com>
**Subject:** Re: Activity in Case 1:19-cv-20278-ESK-EAP COPELAND v. POLIQUIN PERFORMANCE CENTER 2, LLC

---

***External email***
This message came from outside your organization.

Report Suspicious

---

Good Afternoon,

We cannot consent to vacating the default. Given the six-year duration of this litigation, it is also not in my client's best interest to agree to a 45-day adjournment for general opposition papers.

However, if you intend to file a motion to set aside the default, we can agree to a 14-day adjournment (to November 17, 2025) for that specific purpose.

Separately, we still need your response to our prior request regarding insurance coverage. Please provide your written coverage declination including all policy dates and exclusions relied upon, and identify any policies issued to JAD Nutrition, its successors, affiliates, or principals in effect after April 2018, including renewal or replacement coverage.

Please let us know by 12:00 pm tomorrow whether you'll be filing a motion to set aside. If so, we'll consent to the November 17th date. Otherwise, we'll proceed on November 3rd.

Thank you for your attention to this matter.

Best Regards,
Emily K. Declercq, Esq.

On Wed, Oct 22, 2025 at 3:05 PM Nudel, Rachel <rnudel@hinshawlaw.com> wrote:

Dear Ms. Declercq,

2

Thank you for taking the time to speak with me this afternoon. As per the Notice of Appearance filed today, we will be representing JAD Nutrition L.L.C. d/b/a Xtreme Formulations in this matter.

I have requested that you consent to vacating the default so that we can respond to the Complaint. Alternatively, I have asked that you agree to carry the pending motion for a default judgment, currently returnable for November 3, 2025 so that we may have an opportunity to submit timely opposition. Please advise if you will agree to consent to vacate the default against JAD so that we can respond to the Complaint.

If you do not agree to vacate the default, please advise if you consent to carry this motion for 45 days to December 18, 2025. As you are aware, the docket here contains over 200 filed documents that need to be reviewed.

As I indicated when we spoke, I would like to contact the Court regarding these applications as soon as possible. You indicated that you need to discuss this request with your co-counsel and would let me know. Please note that I will be filing my request by noon tomorrow and would appreciate your response as soon as possible so that I can note your position when I make the application(s). I have also copied all e-mail addresses listed on the docket. To the extent anyone other than plaintiff's counsel has a position with respect to these applications, please advise.

Thank you for your anticipated courtesy and attention to this.

Regards,

**Rachel Nudel**
Partner
**Hinshaw & Culbertson LLP**

Iselin Office | 111 Wood Avenue South, Suite 210, Iselin, NJ 08830
**O:** 908-292-0018 | **F:** 908-374-0345
New York Office | 800 Third Avenue, 13th Floor, New York, NY 10022

rnudel@hinshawlaw.com
My Bio | hinshawlaw.com | in f X ◎



Proudly
MANSFIELD RULE
CERTIFIED PLUS

**From:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Wednesday, October 22, 2025 1:05 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-20278-ESK-EAP COPELAND v. POLIQUIN PERFORMANCE CENTER 2, LLC Notice of Appearance

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered by NUDEL, RACHEL on 10/22/2025 at 1:04 PM EDT and filed on 10/22/2025

**Case Name:**     COPELAND v. POLIQUIN PERFORMANCE CENTER 2, LLC
**Case Number:**   1:19-cv-20278-ESK-EAP
**Filer:**         JAD NUTRITION
**Document Number:** 205

**Docket Text:**
**NOTICE of Appearance by RACHEL NUDEL on behalf of JAD NUTRITION (NUDEL, RACHEL)**

**1:19-cv-20278-ESK-EAP Notice has been electronically mailed to:**

ANDREW B. LUSTIGMAN    alustigman@olshanlaw.com, docketclerk@olshanlaw.com, sshaffer@olshanlaw.com

4

DAVID SAMUEL STECKLOW    dstecklow@callahanfusco.com, aedwards@callahanfusco.com, eserve@callahanfusco.com

DIMITRI TERESH    dteresh@tkfpc.com, 7393055420@filings.docketbird.com, court-notices@tkfpc.com, dteresh@recap.email, framirez@tkfpc.com

EMILY KAY DECLERCQ    emily@declercqlawfirm.com, edblackmon@blackmonlawfirm.com, emilykaydeclercq@gmail.com, sharon@declercqlawfirm.com

EUGENE KILLIAN , JR    ekillian@tkfpc.com, arobinson@tkfpc.com, dteresh@tkfpc.com, framirez@tkfpc.com, hnardi@tkfpc.com, jallen@tkfpc.com, rmilun@tkfpc.com

RACHEL NUDEL    rnudel@hinshawlaw.com

SCOTT SHAFFER    sshaffer@olshanlaw.com, alustigman@olshanlaw.com, docketclerk@olshanlaw.com

TONNY AHMED    tonny.ahmed@hbandglaw.com, cschmucker@callahanfusco.com, eserve@callahanfusco.com

**1:19-cv-20278-ESK-EAP Notice has been sent by regular U.S. Mail:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=10/22/2025] [FileNumber=20040218
-0] [8d8085524cfefa86cb8f4446c8702bfac765a800d33a73208d9254af639196404
6229b441578e6b415f2ea1568db50c810d03b30ef35576a1ad48fdb6200a2a5]]

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.