# Exhibit C

Case 1:19-cv-20278-ESK-EAP   Document 235-5   Filed 12/12/25   Page 2 of 3 PageID:
Case 1:19-cv-20278-ESK-EAP   Document 225-3   Filed 11/21/25   Page 2 of 3 PageID:
1091

11/21/25, 11:51 AM                                        Business Filing Details

## Business Record Details »

Minnesota Business Name
# JAD Nutrition L. L. C.

**Business Type**
Limited Liability Company (Domestic)

**MN Statute**
322C

**File Number**
813324000022

**Home Jurisdiction**
Minnesota

**Filing Date**
2/23/2015

**Status**
Inactive

**Renewal Due Date**
12/31/2023

**Registered Office Address**
451 Taft St. NE
Minneapolis, MN 55413
USA

**Registered Agent(s)**
(Optional) Currently No Agent

**Manager**
A G
451 Taft St. NE
Minneapolis, MN 55413
USA

**Principal Executive Office Address**
451 Taft St. NE
Minneapolis, MN 55413
USA

---

Filing History

# Filing History

Select the item(s) you would like to order: [ Order Selected Copies ]

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 2/23/2015 | Original Filing - Limited Liability Company (Domestic) (Business Name: JAD Nutrition L. L. C.) | |

11/21/25, 11:51 AM | Business Filing Details

| Filing Date | Filing | Effective Date |
|---|---|---|
| 1/1/2018 | Conversion to 322C Due to Statute Mandate – Limited Liability Company (Domestic) | |
| ☐ 9/6/2019 | Registered Office and/or Agent - Limited Liability Company (Domestic) | |
| ☐ 2/27/2024 | Administrative Termination - Limited Liability Company (Domestic) | |

© 2025 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

✉ Subscribe for email updates!
Vulnerability Disclosure