# Exhibit D



# Jad Nutrition LLC

*Permanently closed*

Save | Call | Share

Directions

Advertisement



 451 Taft St NE
Minneapolis, MN 55413

+1 (612) 259-8572