# Exhibit E

**Nudel, Rachel**

| | |
|---|---|
| **From:** | First & First Info <info@first-first.com> |
| **Sent:** | Tuesday, November 4, 2025 11:49 AM |
| **To:** | Nudel, Rachel |
| **Subject:** | Re: JAD Nutrition, d/b/a Extreme Formulations [HINSHAW-ACTIVE.FID7118458] |
| **Attachments:** | JAD Nutrition.pdf |

***External email***
This message came from outside your organization.                                    | Report Suspicious |

Sure, it is attached.

On Tue, Nov 4, 2025 at 10:01 AM Nudel, Rachel <rnudel@hinshawlaw.com> wrote:

Thank you. Would you be able to share a copy of that lease?


Best,


**Rachel Nudel**
Partner
**Hinshaw & Culbertson LLP**

Iselin Office | 111 Wood Avenue South, Suite 210, Iselin, NJ 08830
**O:** 908-292-0018 | **F:** 908-374-0345
New York Office | 800 Third Avenue, 13th Floor, New York, NY 10022

rnudel@hinshawlaw.com
My Bio | hinshawlaw.com | in f X ⌾



*Proudly*
**MANSFIELD RULE
CERTIFIED** *PLUS*

---

**From:** First & First Info <info@first-first.com>
**Sent:** Tuesday, November 4, 2025 10:59 AM
**To:** Nudel, Rachel <rnudel@hinshawlaw.com>
**Subject:** Re: JAD Nutrition, d/b/a Extreme Formulations [HINSHAW-ACTIVE.FID7118458]

We do not. All we have is a copy of the lease which has the company name but no contact info.

On Mon, Nov 3, 2025 at 4:39 PM Nudel, Rachel <rnudel@hinshawlaw.com> wrote:

Thank you for your response.  Do you have any other information such as name(s),  email addresses or phone numbers?

Best,

**Rachel Nudel**
Partner
**Hinshaw & Culbertson LLP**

Iselin Office | 111 Wood Avenue South, Suite 210, Iselin, NJ 08830
**O:** 908-292-0018 | **F:** 908-374-0345
New York Office | 800 Third Avenue, 13th Floor, New York, NY 10022

rnudel@hinshawlaw.com
My Bio | hinshawlaw.com | in f X ⊙



Proudly
**MANSFIELD RULE**
**CERTIFIED** *PLUS*

**From:** First & First Info <info@first-first.com>
**Sent:** Monday, November 3, 2025 5:34 PM
**To:** Nudel, Rachel <rnudel@hinshawlaw.com>
**Subject:** Re: JAD Nutrition, d/b/a Extreme Formulations [HINSHAW-ACTIVE.FID7118458]

Hi Rachel,

We vaguely remember this tenant. They were an occupant when we purchased the property in 2015 (approx.). If memory serves, they vacated shortly after our purchase. We have a copy of the lease but no forwarding address in our records.

Best,
First & First

On Mon, Nov 3, 2025 at 2:42 PM Nudel, Rachel <rnudel@hinshawlaw.com> wrote:

Good afternoon,

We are attempting to locate the above who was a tenant at one of your properties at 451 Taft St NE

Minneapolis, MN 55413. If you have a contact for this former tenant, please forward it so that we can get in touch with them.

Thank you for your attention to this.

Regards,

**Rachel Nudel**
Partner
**Hinshaw & Culbertson LLP**

Iselin Office | 111 Wood Avenue South, Suite 210, Iselin, NJ 08830
**O:** 908-292-0018 | **F:** 908-374-0345
New York Office | 800 Third Avenue, 13th Floor, New York, NY 10022

rnudel@hinshawlaw.com
My Bio | hinshawlaw.com | in f X ⊙



Proudly
**MANSFIELD RULE
CERTIFIED** *PLUS*

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.