# Exhibit F



Home    Supplement Forum    **Supplements**

# What happened to Xtreme Formulations products?

&Danus · ⏲ Apr 10, 2017



**Danus**
Member

Apr 10, 2017                                                              ≪  #1

The company does seem to still be manufacturing some things but much less than before.
Did something happen with ownership fallout or product development issues?

Hard to believe a company with literally the best flavoring system would collapse like it has.

Apr 10, 2017                                                              ≪  #2

Interesting question.

**sareea**
Member



**LeanEngineer**
Legend

Apr 10, 2017                                                              ≪  #3

I'm not sure either. In to see if anyone knows.

*Official Strong Supplement Shop Board Rep*
www.strongsupplementshop.com
Join Us In The Pursuit of Strength - Go Strong!




Home    Forums    W                                    Log in | Register

What's New    Latest activity    Register

---



**The_Old_Guy**
Well-known member

Apr 10, 2017                                                        #4

Website is still up and taking orders?

Call'em - maybe you can get a gun too 

> Black Star Labs in St Charles, IL - 630-444-1800 - Whitepages
> **Invalid Link Removed**
> 630-444-1800 · 1500 Foundry St Ste 8 · St Charles, IL 60174-1555 ...
>
> Click to expand...

**Invalid Link Removed**



**Rob1882**
Active member

Apr 10, 2017                                                        #5

Xtreme Formulations is still very much in business and just FYI I am affiliated with the company knowing the owners

Dave Rosland had retired and sold the business to Dave Ostlund ( Yes the Strongman ) and Jeff Peterson, long time friends of his and long time supporters of Xtreme Formulations. Xtreme Formulations is still in business still using the same manufacturing facilities and quality control standards essentially the only thing that has changed is the ownership.



**Rob1882**
Active member

Apr 10, 2017                                                        #6

Now Cytofuse is still one of the higher selling products so very available as well still, unsure how much I can disclose on the contracts but its used by Division 1 athletes.

A post Dave Ostlund made in July 2015

12/10/25, 1:07 AM
Case 1:19-cv-20278-ESK-EAP   Document 235-8   Filed 12/12/25   Page 4 of 14 PageID: 1288
What happened to Xtreme Formulations products? | AnabolicMinds.com

"It is our intention to keep the existing product line at the same level of excellence that everyone has come to expect from the XF line. That means we will not be altering the existing products, but we are bringing back some of the old discontinued ones like Ultra Peptide Whey and ICE for starters. Ultra Peptide Whey should be back up and running

**Click to expand...**



**Danus**
Member

Apr 10, 2017                                                                 #7

Rob1882 said:

Xtreme Formulations is still very much in business and just FYI I am affiliated with the company knowing the owners

Dave Rosland had retired and sold the business to Dave Ostlund ( Yes the Strongman ) and Jeff Peterson, long time friends of his and long time supporters of Xtreme Formulations. Xtreme Formulations is still in business still using the same manufacturing facilities and quality control standards essentially the only thing that has changed is the ownership.

Thanks for clearing that up.
It's a shame they don't have as far a reach as they used to under old management.



**Rob1882**
Active member

Apr 10, 2017                                                                 #8

Danus said:

Thanks for clearing that up.
It's a shame they don't have as far a reach as they used to under old management.

If anything their larger due to contracts with many schools; and its still widely sold through a couple very large online stores, so unsure what you mean?

At the very least it's as big ( as it was ) and being carried by most of the same exact sites/stores that I am aware of at least I been buying it for several years now myself.

They also increased greatly their social media presence, they had just did a couple talks just yesterday NSCA conference "Xfmuscle now on The University of Saint Thomas campus." their facebook pretty active now.

Nutraplanet and Getrippednutrition are still selling Ultra Peptide and Ultra Peptide Whey

**Invalid Link Removed**

Predator Nutrition ( UK ) with Ultra Peptide

**Invalid Link Removed**

Nutraplanet Ultra Peptide & Ultra Peptide Whey



**Danus**
Member

Apr 10, 2017                                                                 #9

> Rob1882 said:
>
> If anything their larger due to contracts with many schools; and its still widely sold through a couple very large online stores, so unsure what you mean?
>
> At the very least it's as big ( as it was ) and being carried by most of the same exact
>
> Click to expand...

Perhaps in America.
However internationally they are almost entirely absent now so purchasing online isn't viable when shipping costs more than the product.



**Rob1882**
Active member

Apr 10, 2017                                                                 #10

> Danus said:
>
> Perhaps in America.
> However internationally they are almost entirely absent now so purchasing online isn't viable when shipping costs more than the product.

I had included an edit with Predator Nutrition which is in England

But ya 😕 prob fairly limited there lot of stuff in the UK I can't get here in the US or is fairly costly to me to obtain it. Gonutrition has a jammie dodger protein that I am fairly addicted to.. Lol

Apr 10, 2017                                                                 #11

> Rob1882 said:

12/10/25, 1:07 PM
What happened to Xtreme Formulations products? | AnabolicMinds.com
Case 1:19-cv-20278-ESK-EAP    Document 235-8    Filed 12/12/25    Page 6 of 14 PageID: 1290

**shockrock3**
Well-known member

> Xtreme Formulations is still very much in business and just FYI I am affiliated with the company knowing the owners
>
> Dave Rosland had retired and sold the business to Dave Ostlund ( Yes the Strongman ) and Jeff Peterson, long time friends of his and long time supporters of Xtreme Formulations. Xtreme Formulations is still in business still using the same manufacturing facilities and quality control standards essentially the only thing that has changed is the ownership.

Rob anyway these guys can to "anything" to promote the brand? I mean literally they had all these formulas ICE, etc. etc. and it's like they disappeared off the fckin planet as soon as Dave O. took over, like literally pulled a disappearing act. I mean, do they make anything anymore other than 2.0 & Artic Whey?

Post is not meant to slam them but man, are they strictly protein or do they still produce other stuff? I could go on the website I suppose...but a friggin S.O.S. signal from them every 3yrs would be nice 😀

SAVE OUR LIVER!!

Apr 10, 2017                                                                                                    #12



**Rob1882**
Active member

> **shockrock3 said:**
>
> Rob anyway these guys can to "anything" to promote the brand? I mean literally they had all these formulas ICE, etc. etc. and it's like they disappeared off the fckin planet as soon as Dave O. took over, like literally pulled a disappearing act. I mean, do they make anything anymore other than 2.0 & Artic Whey?
>
> Post is not meant to slam them but man, are they strictly protein or do they still produce other stuff? I could go on the website I suppose...but a friggin S.O.S. signal from them every 3yrs would be nice 😀

ICE was discontinued while Dave Roslund was running it ICE V2 is still sold on the company site.

Vengeance was discontinued ( 2013-start of 2014 or so ) long while ago way before Dave Ostlund/Jeff took over, so no idea what you mean by disappeared they largely been gone for couple years now nothing changed from when Dave Roslund ran it till now as far as what is carried or being sold.

Cytofuse is a huge seller which I did mention but its used primarily by division 1 athletes

Edit: Also you mentioned Arctic Whey but Dave O./Jeff brought back

Chocolate Whey too FYI

Ya Lol as to the SOS I brought that up while ago and they have greatly increased their social media presence so your best bet is to follow them on facebook



**Danus**
Member

Apr 10, 2017 — #13

Maybe disappeared isn't the best word. But they went from a name talked about everyday on the forums and well promoted on supplement sites to basically just existing with no effort to reach out to the public or promote themselves/new products.
If this happened to say.... a big player like BPI or Scivation, company ownership change with 0 changes in products and no marketing etc. You would assume that company simply dissolved.

Apr 10, 2017 — #14

**deanX**
Member

> Rob1882 said:
>
> Xtreme Formulations is still very much in business and just FYI I am affiliated with the company knowing the owners
>
> Dave Rosland had retired and sold the business to Dave Ostlund ( Yes the Strongman ) and Jeff Peterson, long time friends of his and long time supporters of Xtreme Formulations. Xtreme Formulations is still in business still using the same manufacturing facilities and quality control standards essentially the only thing that has changed is the ownership.

Good to hear still they it is under a good management.



**heavylifter33**
Well-known member

Apr 10, 2017 — #15

To this day i have never tasted anything better than UP 2.0 chocolate mint. I can go through a tub in 4 days easy.



**CATdiesel76**
Well-known member

Apr 11, 2017 — #16

Flavoring was incredible on ultra peptide 2.0 but the mixability was always god awful. Went through 20 tubs but eventually the foam and clumps wasn't worth it



**Rob1882**
Active member

Apr 11, 2017                                                          #17

> CATdiesel76 said:
>
> Flavoring was incredible on ultra peptide 2.0 but the mixability was always god awful. Went through 20 tubs but eventually the foam and clumps wasn't worth it

Been buying Ultra Peptide and Ultra Peptide Whey since about 2013 so maybe not as long but certainly as many and that is not the experience I have had with it.

I have on hand Metabolic Nutritions Musclean which I love as well and will post a pic to compare

**Invalid Link Removed**

Musclean Here Chocolate Milkshake blended quickly and poured into the glass clearly has a little foam did not detract for me at least how good this is I love their strawberry milkshake most FYI, even more than the Ultra Peptide Strawberry 😛 but all of their flavors are very good. So this is not a knock on Musclean/Metabolic Nutrition but this is a similar type of product utilizing similar blend with shelf stable sodium caseinate sunflower oil, so I felt it was worth comparing foam wise.

And Ultra Peptide same milk's used on all of them Fairlife

**Invalid Link Removed**

Almost no foam at all/very little; this was done in a blender poured into the glass picture taken immediately

**Invalid Link Removed**

Shaken in a blender bottle here very little to no foam

**Invalid Link Removed**

Strawberry here in chocolate milk shaken in the blender bottle, picture taken immediately.

**Invalid Link Removed**

Triple Chocolate Ultra Peptide blended in a blender immediately poured into this glass and picture taken directly after.

Not saying it "Never" has any "Foam" under any condition/circumstance but I literally have taken a lot pictures of protein it does not foam any more than any other premium protein blend that I have noticed or experienced; including Metabolic Nutrition Musclean ( which foams slightly more if shaken and the same blended ), PES Select, Syntha-6, Rule1 and about 15 other brands like AI Sports on hand even.

So that has not been my experience with the Ultra Peptide

Ultra Peptide Whey however; I have had that foam up but no more than any other straight whey tho when I blend it with ice which is how I typically use "Arctic Lemonade" I believe the ice sits heavy enough to keep the foam down. I would have to sift through lot of pics but the Arctic Lemonade if shaken in a shaker has some or rather much more foam than the blends.



**CATdiesel76**
Well-known member

Apr 11, 2017                                                                 #18

> Rob1882 said:
>
> Been buying Ultra Peptide and Ultra Peptide Whey since about 2013 so maybe not as long but certainly as many and that is not the experience I have had with it.
>
> I have on hand Metabolic Nutritions Musclean which I love as well and will post a pic to
>
> Click to expand...

Should have clarified, the artic lemonade whey was the one that foamed. Not great mixability either. Nothing crazy but clumping wise but still more than most wheys I have used. I can spoon mix Optimum with no clumps. The artic lemonade had clumps and tons of foam in a blender bottle. Flavor is incredible though especially in summer and if price weren't so much higher than most wheys I'd buy it on a regular basis.

Ultra Peptide always left a layer on top that never mixed in a blender bottle. I always assumed it was the micellar casein. It would also stayed clumped all in the bottom of the blender bottle if you out the powder in first then water. Flavor was amazing. But protein content was low and price high



**Rob1882**
Active member

Apr 11, 2017                                                                 #19

> CATdiesel76 said:
>
> Should have clarified, the artic lemonade whey was the one that foamed. Not great mixability either. Nothing crazy but clumping wise but still more than most wheys I have used. I can spoon mix Optimum with no clumps. The artic lemonade had clumps and tons of foam in a blender bottle. Flavor is incredible though especially in summer and if price weren't so much higher than most wheys I'd buy it on a regular basis.
>
> Ultra Peptide always left a layer on top that never mixed in a blender bottle. I always assumed it was the micellar casein. It would also stayed clumped all in the bottom of

I can agree with that than 🙂 the lemonade in just water is if if on getting it to mix right and without to much foam, and have had the lemonade clump up once hitting the water before too.

Would highly recommend blending the Arctic Lemonade with ice or with IQF fruit its very good like that the ice I feel or believe helps keep the foam down possible the ice in tiny shards simply keeps the air from bubbling up into a foam either way it makes it like a lemonade slushie which is epic I buy those flash frozen mixed berries/blueberries and even like tropical fruits mango, pineapple etc and will dump in 140g worth of the frozen fruit with water and the arctic lemonade its awesome.

**Invalid Link Removed**

I buy the Arctic Lemonade in 4 packs, I don't as much care for the Ultra Peptide Chocolate Whey myself its just kind of a generic milk chocolate not as good or rich as the Ultra Peptide Triple Chocolate.



**CATdiesel76**
Well-known member

Apr 12, 2017                                                                 #20

> Rob1882 said:
>
> I can agree with that than 🙂 the lemonade in just water is if if on getting it to mix right and without to much foam, and have had the lemonade clump up once hitting the water before too.

Click to expand...

I have been making tons of smoothies to add on top of breakfast in the morning. I never thought to use the artic lemonade. May have to splurge

12/10/25, 1:07 PM
What happened to Xtreme Formulations products? | AnabolicMinds
Case 1:19-cv-20278-ESK-EAP   Document 285-8   Filed 12/12/25   Page 11 of 14 PageID: 1295

in the near future. The market needs more fruit based wheys. The death of GF-Pro was a sad day for the protein world

**Duckdownman**
New member

May 1, 2018     #21

I think what he is saying is that compared to 5-10 years ago the company certainly did seem to just disappear. It's good to know they are still in business, and while they may be "bigger", they are being sold in maybe 1/3 if the sites that used to carry them, and on the forums they are non existent, whereas they used to be mentioned on every other post. I mean if you just google the company name the matches are from forums between 2009-2011. Many other merchants (see amazon) are selling the 5lb container for over $100, which is similar to those who still have the original Jacked3D, a leftover batch of a discontinued product where they jack the price up. I was actually going to purchase from a store and all they sell is containers that expired 3/18.
I actually came here for this exact reason, I was wondering if the company was still in business because they make phenomenal products.
In the past is someone created a post, on any forum, on which protein was the "best" , there were always numerous responses saying ultra peptide, currently no one mentions them as an option. I literally mean never.
They might have school contracts or other large business ventures but for the local community they have in fact disappeared.



**delsolrob**
Board Sponsor

May 1, 2018     #22

I would be so sad if I couldn't get my UP2.0 lemon cream pie or Cinn bun. I love the Cinn bun on my oatmeal

Iron Legion Rep - use code DELSOL to save 20% at Iron-Legion.com
Iconic Formulations Rep - use code DELSOL to save 15% at IconicFormulations.com
💰 Be sure to sign up for new rewards program at http://iconicformulations.com/pages/rewards

May 1, 2018     #23

**Duckdownman**
New member

Funny you mentioned that, I usually stock up on the lemon cream pie but wanted to order the Cinnabun tontey with my oatmeal, and to try the leamonade whey which sounds like a good idea for the summer months....but there really is no mention of xtreme formulations as a whole anymore. Ultra peptide I can still find at a few online stores but I question if they are from a leftover stock or not.



May 1, 2018     #24

Duckdownman said:

12/10/25, 1:07 PM
What happened to Xtreme Formulations products? | AnabolicMinds.com
Case 1:19-cv-20278-ESK-EAP   Document 235-8   Filed 12/12/25   Page 12 of 14 PageID: 1296

**Rob1882**
Active member

> Funny you mentioned that, I usually stock up on the lemon cream pie but wanted to order the Cinnabun tontey with my oatmeal, and to try the leamonade whey which sounds like a good idea for the summer months....but there really is no mention of xtreme formulations as a whole anymore. Ultra peptide I can still find at a few online stores but I question if they are from a leftover stock or not.

It's still sold and being produced/ran they recently updated or rather got a new website designed for the company it self ( xfmuscle ), but several other stores carry it.

Up till very recent it was sold on bodybuilding ( no longer ), but they have agreements with a lot of schools athletic departments ( division 1 ) with cytofuse so it's not only widely available but has contracts in some top schools.

May 1, 2018                                                                                   #25

**WarEeyore**
New member

> delsolrob said:
> 
> I would be so sad if I couldn't get my UP2.0 lemon cream pie or Cinn bun. I love the Cinn bun on my oatmeal

This + natty PB is my breakfast everyday

Dec 25, 2019                                                                                  #26

**tokosh19**
Member

Old thread bump. They have closed



**NutButter**
Member

Dec 25, 2019                                                                                  #27

> tokosh19 said:
> 
> Old thread bump. They have closed

Man that sucks. XF 2.0 was one of the best tasting protein back in its day.

Dec 25, 2019                                                                                  #28

**tokosh19**
Member

> NutButter said:
> 
> Man that sucks. XF 2.0 was one of the best tasting protein back in its day.

I have yet to find a chocolate that comes close.... seems like they got away from what made them get recognized and when they got sold the new

12/10/25, 1:07 PM
What happened to Xtreme Formulations products? | AnabolicMinds.com
Case 1:19-cv-20278-ESK-EAP    Document 235-9    Filed 12/12/25    Page 13 of 14
PageID: 1297

guys got away from taking care of customers that supported the company for years myself included but oh well



**BigGame84**
Well-known member

Dec 25, 2019     #29

RIP Lemon Cream Pie

Dec 9, 2023     #30

R.i.p

**tokosh19**
Member



**CATdiesel76**
Well-known member

Dec 9, 2023     #31

Loved their Arctic lemonade whey. Ultra peptide had great flavors but was a nightmare from a mixing standpoint. An inch of clumps on top when mixed with milk. Only got it to fully blend with lots of water and a blender I guess because of the casein

Dec 9, 2023     #32

> CATdiesel76 said:
>
> Loved their Arctic lemonade whey. Ultra peptide had great flavors but was a nightmare from a mixing standpoint. An inch of clumps on top when mixed with milk. Only got it to fully blend with lots of water and a blender I guess because of the casein

**tokosh19**
Member

I just used a big shaker with 16oz water and 2 full scoops. Stuff was my breakfast + oatmeal for years....
How they never sold to someone instead of closing is beyond me still..



**CATdiesel76**
Well-known member

Dec 9, 2023     #33

> tokosh19 said:
>
> I just used a big shaker with 16oz water and 2 full scoops. Stuff was my breakfast + oatmeal for years....
> How they never sold to someone instead of closing is beyond me still..

Probably because they were big in the forum days and didn't transfer to the instagram
Social media phase. Died with the forums. Also, supplements are weird in

that you could have the most effective supplement of all time that everyone loves. If it's not constantly updated, rebranded, etc it gets lost in time as old news. There are some exceptions of course

Dec 9, 2023 — #34

**tokosh19**
Member

> CATdiesel76 said:
>
> Probably because they were big in the forum days and didn't transfer to the instagram Social media phase. Died with the forums. Also, supplements are weird in that you could have the most effective supplement of all time that everyone loves. If it's not constantly updated, rebranded, etc it gets lost in time as old news. There are some exceptions of course

Yea I even said they never really tried to get their name out there.. I guess it's true what they say. If you're not evolving as a business you're dying . Know anything close to the flavor and texture ?

Dec 9, 2023 — #35

**Stacks1**
Well-known member

I used to love their Ultra Peptide Micellar Casein

Supplements        Privacy policy    Help    Home

You must log in or register to reply here.

Share: f  X  in  reddit  P  ✉  🔗