# Exhibit G

         





# Dave Ostlund

2.3K followers • 2 following

Message    Follow    Search

Posts    About    Mentions    Followers    Photos    Live    More ▼

## Intro

📄 Page · Athlete

✉ MinnesotaStrongman@hotmail.com

🔗 MinnesotaStrongman.com

## Photos                                                                See all photos



       



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More

**Posts**   Filters

 **Dave Ostlund**
January 11, 2017



       



 **Ulice Payne III** is with **Michael William David**.
January 10, 2017 ·

 22     2 comments

 Like      Comment     Share



**Dave Ostlund**
October 20, 2016 ·

       

Sat, Jan 14, 2017
**Seminar with 5x WSM Finalist Dave Ostlund**
Regina, SK
36 people interested

 Interested

 14

Like     Comment     Share

 Write a comment... 

**Dave Ostlund** is at **Schmidt Artist Lofts**.
June 14, 2016 · Saint Paul, MN · 

Stop by Germanfest this Saturday, June 18th, at the historic Schmidt Brewery Artist Lofts. St. Paul's best strongman show starts at 11am!... **See more**



APARTMENT & CONDO BUILDING
**Schmidt Artist Lofts**

18            3 shares

Like     Comment     Share

 Write a comment... 



       



       

