Rachel Nudel, Esq.
**HINSHAW & CULBERTSON LLP**
111 Wood Avenue South-Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com
*Attorneys for Defendant*
*JAD Nutrition d/b/a*
*Xtreme Formulations*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,<br><br>*Plaintiff,*<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>*Defendants.* | Civil Action No.: 1:19-cv-20278<br><br><br><br>**ORDER** |

**THIS MATTER** having been brought before the Court on motion of Hinshaw & Culbertson, LLP, counsel for Defendant JAD NUTRITION, d/b/a XTREME FORMULATIONS ("JAD" or "Defendant"), and the Court having considered the papers submitted in support of the motion, and in opposition thereto, if any, and for good cause shown,

**IT IS** on this ____ day of _____, 2026, **ORDERED** as follows:

1.     The motion of Rachel Nudel, Esq., April Villaverde, Esq. and Hinshaw & Culbertson, LLP to be relieved as counsel is **GRANTED,** and that

2.     Rachel Nudel, Esq., April Villaverde, Esq. and Hinshaw & Culbertson, LLP are permitted to withdraw as counsel for defendant JAD NUTRITION, d/b/a XTREME FORMULATIONS; and

3.     A copy of this executed order shall be served upon all counsel of record via upload to CM/ECF; and

4.     Withdrawing counsel shall serve a copy of this Order on JAD by certified mail within seven (7) days from the dates of this Order.

_____

Hon. _____, U.S.M.J.