Rachel Nudel
**HINSHAW & CULBERTSON LLP**
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com
*Attorneys for Defendant*
*JAD Nutrition d/b/a*
*Xtreme Formulations*

UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,<br><br>*Plaintiff,*<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>*Defendants.* | Civil Action No.: 1:19-cv-20278<br><br>**DEFENDANT JAD NUTRITION D/B/A XTREME FORMULATIONS' CERTIFICATION OF SERVICE** |

The undersigned counsel hereby certifies that on the date below a true and correct copy of the foregoing (i) Notice of Motion to be relieved as Counsel; (ii) Attorney Declaration in support of the Motion to be relieved as counsel, with accompanying exhibits; (iii) Brief and (iv) Proposed Order were served upon all counsel of record via ECF.

Respectfully submitted,
**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant JAD Nutrition, LLC d/b/a Xtreme Formulations*

By: _____
Rachel Nudel, Esq.  (RN 8552)
HINSHAW & CULBERTSON LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com

December 12, 2025