UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND,<br><br>                                      Plaintiff,<br><br>vs.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANDEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, Michigan Elite Conditioning for Athletes LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations),<br><br>                                      Defendant(s). | Civ. No. : 3:19-cv-20278-ESK-EAP<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT JAD NUTRITION |

      Plaintiff Brandon Copeland (hereinafter, "Plaintiff") and Defendants Total Body Nutrition LLC d/b/a TBN Labs LLC, We Do Private Label LLC and Michigan Elite Conditioning for Athletes LLC a/k/a MECA (collectively, the "Settling Defendants") and Defendants Poliquin Performance Center 2 LLC ("Poliquin") and Caroleen Kandel, by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

      1.     Plaintiff voluntarily dismisses with prejudice all claims asserted against the Settling Defendants and Defendants Poliquin and Caroleen Kandel in this action.

      2.     The Settling Defendants and Poliquin and Caroleen Kandel hereby voluntarily dismiss with prejudice all crossclaims that were or could have been asserted against each other.

3. This stipulation is limited to the Settling Defendants and Defendants Poliquin and Caroleen Kandel. All claims against Defendant JAD Nutrition remain pending and are unaffected by this dismissal. Nothing in this stipulation shall be deemed to be a waiver of any potential claim against JAD Nutrition by any party.

4. Plaintiff confirms that he asserts no crossclaims in this action, and no counterclaims have been filed against Plaintiff by any defendant.

5. Upon entry of this stipulation, no claims, counterclaims, or crossclaims of any kind shall remain between Plaintiff and the Settling Defendants or between Poliquin and Caroleen Kandel and the Settling Defendants.

6. Plaintiff and the Settling Defendants acknowledge and agree that amongst and between themselves, all settlement considerations have been received by the party to whom they were due and no additional settlement considerations remain outstanding.

7. The Settling Defendants and Defendants Poliquin and Caroleen Kandel shall be terminated from this action.

8. Each party shall bear its own attorneys' fees, costs, and expenses. The parties respectfully request that this stipulation be entered on the docket.

Dated: this, the 12th day of December, 2025.

IT IS SO STIPULATED:

**BRANDON COPELAND**

By: /s/ Emily K. Declercq
Emily K. Declercq, Esq.
DECLERCQ LAW FIRM PLLC
300 Carnegie Center Drive, Suite 150
Princeton, NJ 08540
Tel: (609) 873-3148
E-mail: emily@declercqlawfirm.com

13093545-1

BLACKMON & BLACKMON PLLC
Edward Blackmon, Jr., Esquire, MS Attorney ID#: 3354
Barbara M. Blackmon, Esquire, MS Attorney ID#: 3346
Bradford J. Blackmon, Esquire, MS Attorney ID#: 104848
907 W Peace St.
Canton, MS 39046
Tel: 601-859-1567

*Attorneys for Plaintiff*

**TOTAL BODY NUTRITION LLC and WE DO PRIVATE LABEL LLC**

By: /s/ Scott Shaffer
Scott Shaffer
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendants Total Body Nutrition, LLC and We Do Private Label LLC*

**MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA**

By: /s/
David Stecklow, Esq.
CALLAHAN & FUSCO LLC
1 Boland Drive, Suite 301
West Orange, New Jersey 07052
Tel: (877) 618-9770
E-mail: dstecklow@callahanfusco.com

*Attorneys for Defendant Michigan Elite Conditioning for Athletes LLC a/k/a MECA*

**POLIQUIN GROUP / POLIQUIN PERFORMANCE CENTER 2 LLC AND CAROLEEN KANDEL**

By: /s/
Dmitri Teresh, Esq.
Counsel for Poliquin and Caroleen Kandel

Dated: 12/23/2025

## CERTIFICATE OF SERVICE

I Emily Declercq, attorney for the Plaintiff, do hereby give notice to the Court that the ***STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT JAD NUTRITION*** is being filed by the Electronic Court Filing System and notices sent to all relevant parties.

This the 12th day of December 2025,

/s/ Emily Declercq
Emily Declercq

13093545-1