Rachel Nudel
**HINSHAW & CULBERTSON LLP**
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com
*Attorneys for Defendant*
*JAD Nutrition d/b/a*
*Xtreme Formulations*

# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,<br><br>*Plaintiff,*<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>*Defendants.* | Civil Action No.: 1:19-cv-20278<br><br><br>**REPLY DECLARATION OF RACHEL NUDEL IN FURTHER SUPPORT OF JAD NUTRITION D/B/A XTREME FORMULATIONS' MOTION TO VACATE DEFAULT** |

I, Rachel Nudel, pursuant to 28 U.S.C. § 1746, hereby declare under the penalties of perjury that the following it true and correct:

1. I am an attorney at law of the State of New Jersey and am admitted to practice before this Court. I am also a partner with Hinshaw & Culbertson LLP, defending JAD Nutrition, LLC d/b/a Xtreme Formulations ("JAD") in this lawsuit. As such, I am fully familiar with the facts and circumstances at issues in this litigation and set forth below.

2. This reply Declaration is being submitted in further support of JAD s' Motion to Vacate the Default against them.

3. A true and correct copy of *Barbee v. Amira Nature Foods, Ltd.*, 2024 U.S. Dist. LEXIS 29199 is annexed hereto as **Exhibit A**.

4. A true and correct copy of *Buchanan Ingersoll & Rooney PC v. Belmonte,* 2024 U.S. Dist. LEXIS 131871, is annexed hereto as **Exhibit B.**

5. A true and correct copy of *Days Inns Worldwide, Inc. v. Jinisha Inc.,* 2015 U.S. Dist. LEXIS 96513, is annexed hereto as **Exhibit C.**

6. A true and correct copy of *Gannon & Scott, Inc. v. TVT Bus. Funding, LLC,* 2025 U.S. Dist. LEXIS 8494 is annexed hereto as **Exhibit D**.

I declare that the foregoing is true and correct under penalty of perjury.

          Respectfully submitted,
**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant JAD Nutrition, LLC*
*d/b/a Xtreme Formulations*

By: _____
Rachel Nudel, Esq.  (RN 8552)
HINSHAW & CULBERTSON LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com

December 29, 2025