Rachel Nudel
**HINSHAW & CULBERTSON LLP**
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com
*Attorneys for Defendant*
*JAD Nutrition d/b/a*
*Xtreme Formulations*

## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND,<br><br>*Plaintiff,*<br><br>v.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC a/k/a MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>*Defendants.* | Civil Action No.: 1:19-cv-20278<br><br>**DEFENDANT JAD NUTRITION D/B/A XTREME FORMULATIONS' CERTIFICATION OF SERVICE** |

The undersigned counsel hereby certifies that on the date below a true and correct copy of the foregoing (i) Reply Attorney Declaration in further support of the Motion to Vacate the Default against JAD, with accompanying exhibits and (ii) Brief were served upon all counsel of record via ECF.

                      Respectfully submitted,
                      **HINSHAW & CULBERTSON LLP**
                      *Attorneys for Defendant JAD Nutrition, LLC*
                      *d/b/a Xtreme Formulations*

By: _____
Rachel Nudel, Esq.  (RN 8552)
HINSHAW & CULBERTSON LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
Tel: 908-292-0018
rnudel@hinshawlaw.com

December 29, 2025