THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **BRANDON COPELAND,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**POLIQUIN PERFORMANCE CENTER 2, LLC, et al.,**<br><br>    **Defendants.** | Civil No. 19-20278 (ESK/EAP) |

## ORDER

This matter comes before the Court upon the Court's review of the docket in this matter in connection with Defendant JAD Nutrition, LLC's Motion to Vacate Clerk's Entry of Default, ECF No. 225; and

**IT APPEARING TO THE COURT** that the current operative pleading is the Fourth Amended Complaint, ECF No. 130, which Plaintiff filed on June 12, 2024; and

**WHEREAS**, Plaintiff subsequently requested a Clerk's entry of default on November 27, 2024, ECF No. 153. That request, however, was based on Defendant JAD's failure to respond to the Third Amended Complaint, *see* ECF No 153-1 (Certif. of Emily K. Declercq ("Declercq Certif.")). Notably, the Declercq Certification does not state that Defendant JAD was served with the Fourth Amended Complaint. *See generally* Declercq Certif. Likewise, the docket does not reflect service of the Fourth Amended Complaint on Defendant JAD. *See generally* Dkt.; and

**WHEREAS**, on November 27, 2024, the Clerk granted Plaintiff's request and entered default against Defendant JAD based on the Third Amended Complaint, *see* Nov. 27, 2024 Dkt. Entry; and

**WHEREAS**, the docket establishes that Plaintiff requested a Clerk's entry of default against Defendant JAD based on the Third Amended Complaint, which had already been superseded by the Fourth Amended Complaint.  *See Auto. Rentals, Inc. v. Bama Com. Leasing LLC*, No. 17-3877, 2018 WL 3159852, at *1 (D.N.J. Mar. 9, 2018) (finding that a "Clerk's entry of default on the original complaint was rendered moot since the amended complaint superseded the original complaint").  As such, any default based on Defendant JAD's failure to respond to the Third Amended Complaint was erroneously entered.

**THEREFORE**, for the foregoing reasons, and for good cause shown,

**IT IS** this **30th** day of **December 2025**,

**ORDERED** that the Clerk shall **VACATE** the entry of default against Defendant JAD.

s/Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc:  Hon. Edward S. Kiel, U.S.D.J.