<u>**VIA ECF ONLY:**</u>
Clerk of Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Emily K. Declercq, Esq**
Emily@declercqlawfirm.com
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
(609) 873-3148

December 30, 2025

<u>**Request for Issuance of New Summons**</u>

Re: Copeland v. JAD Nutrition LLC dba Xtreme Formulations
<u>Case No.: 1:19-cv-20278-ESK-EAP</u>

Clerk of Court:

Plaintiff Brandon Copeland, by counsel, respectfully requests the issuance of a new summons as to Defendant JAD Nutrition, LLC, in connection with Plaintiff's Fourth Amended Complaint (ECF No. 130).

The previously issued summons is no longer operative as a result of amendment to that pleading and the need to effect proper statutory service. Plaintiff intends to serve the newly issued summons and the Fourth Amended Complaint in accordance with Federal Rule of Civil Procedure 4(h) and applicable law.

Plaintiff respectfully requests that the summons be issued at the Clerk's earliest convenience.

Thank you for your assistance.

Respectfully submitted,

**DECLERCQ LAW FIRM PLLC**
**BLACKMON & BLACKMON PLLC**

<u>*By: /s/ Emily K. Declercq*</u>
Emily K. Declercq
*Attorneys for Plaintiff*