[ECF No. 235]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| BRANDON COPELAND, <br><br> Plaintiff, <br><br> v. <br><br> POLIQUIN PERFORMANCE CENTER 2, LLC, et al., <br><br> Defendants. | Civil No. 19-20278 (ESK/EAP) <br><br><br> ORDER |

This matter having come before the Court on the motion of counsel for Defendant JAD Nutrition, LLC d/b/a Xtreme Formulations ("Defendant JAD"), ECF No. 235, seeking to withdraw as counsel for Defendant because counsel "have been unable to reach a client representative which precludes their ability to cooperate and assist in the defense of this action, as well as [counsel's] ability to defend them[,]" ECF No. 235-1 (Def.'s Br.) at 1; and the Court noting that no opposition has been filed, *see* ECF No. 237 (Pl.'s Response) (stating that "Plaintiff does not oppose defense counsel's motion to withdraw if the Court determines withdrawal is warranted."); and Defendant having filed a reply brief in further support of its unopposed motion, *see* ECF No. 240; and the Court having considered the parties' submissions; and the Court declining to schedule a motion hearing because despite Defendant's counsel's extensive efforts to locate a contact for Defendant JAD, counsel have been unable to do so, *see* ECF No. 235-2 (Declaration of Rachel Nudel) ¶¶ 11-20, and without client participation, a hearing would not be productive; and for good cause shown;

**IT IS** this **30th** day of **December 2025**;

**ORDERED** that Defendant's counsel's unopposed motion to withdraw as counsel is **GRANTED**; and it is further

**ORDERED** that Defendant JAD shall obtain new counsel no later than **January 30, 2026**, because a limited liability company cannot proceed *pro se*; and it is further

**ORDERED** that if Defendant JAD does not obtain counsel by January 30, 2026, the undersigned will recommend to Hon. Edward S. Kiel, U.S.D.J. that the remaining claims against Defendant JAD be dismissed without prejudice; and it is further

**ORDERED** that Defendant's counsel shall send a copy of this Order to the last known address of Defendant JAD.

s/Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc: Hon. Edward S. Kiel, U.S.D.J.