

# Office of the Minnesota Secretary of State

## Service of Process Acknowledgment

| | |
|---|---|
| Plaintiff: | BRANDON COPELAND |
| Defendant: | JAD Nutrition L. L. C. |
| File Number: | 1619151700036 |
| Statute: | 322C.0116 |
| Date Filed: | 01/08/2026 |
| Date Mailed: | 01/08/2026 |
| Certified Mail Number: | 70171000000008959252 |

**NOTICE TO ALL PERSONS ATTEMPTING SERVICE THROUGH THE OFFICE OF THE MINNESOTA SECRETARY OF STATE**

The Office of the Secretary of State does not determine or attempt to determine if your service of process is valid. It is your responsibility to determine which statute, if any, authorizes the service you are making through this office. Substituted service of process through the Office of the Secretary of State does not guarantee that the service will be sufficient and permit a court to obtain or accept jurisdiction over the business entity against whom service is made.

### Selected Statutes Authorizing Substituted Service of Process

| | |
|---|---|
| 5.25 | General Service of Process |
| 60A.19 and 60A.21 | Foreign Insurance Companies |
| 72A.43 | Service upon Unauthorized Company by Commissioner |
| 141.25 | Non Resident Private Trade Schools |
| 221.67 | Foreign motor carrier in interstate commerce |
| 240.07 and 240.08 | Pari-Mutuel Horsing Racing |
| 268B.23 | Family and Medical Benefits |
| 302A.901 | Minnesota Corporations |
| 303.13 | Non-Minnesota Corporations |
| 303.25 | Foreign Trust Association |
| 317A.901 | Minnesota Nonprofit Corporations |
| 321.0117 | Limited Partnerships and Foreign Limited Partnerships |
| 322C.0116 | Minnesota and Non-Minnesota Limited Liability Companies |
| 325F.70 | Consumer Fraud |
| 330.11 | Auctioneers |
| 540.152, 541.153 and 541.154 | Unions, groups and other associations |
| 548.181 | Discharge of Judgments |
| 559.21 | Notice of Cancellation of Contract for Deed |
| 543.08 | Other Corporations |