**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center, Suite 150
Princeton, NJ 08540
P: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID#: 100782017

**OF COUNSEL**
**BLACKMON & BLACKMON, PLLC**
907 W Peace St.
Canton, MS 39046
P: 601-859-1567 F: 601-859-2311
Edward Blackmon, Jr., Esquire, MS Attorney ID#: 3354
Barbara M. Blackmon, Esquire, MS Attorney ID#: 3346
Bradford J. Blackmon, Esquire, MS Attorney ID#: 104848


Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND<br><br>        Plaintiff,<br><br><br>   vs.<br><br>POLIQUIN GROUP, a business entity, form unknown, POLIQUIN PERFORMANCE CENTER 2 LLC, CAROLEEN KANDEL A/K/A CAROLEEN KANEL A/K/A CAROLEEN JONES, an individual, JAD NUTRITION L.L.C. doing business as XTREME FORMULATIONS, a business entity, form unknown, TOTAL BODY NUTRITION LLC doing business as TBN LABS LLC, WE DO PRIVATE LABEL LLC, MICHIGAN ELITE CONDITIONING FOR ATHLETES LLC A/K/A MECA, JOHN DOES 1-30, ABC CORPORATIONS 1-30 and XYZ PARTNERSHIPS 1-30, unidentified individuals, corporations and partnerships (fictitious designations);<br><br>        Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**CERTIFICATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

**CERTIFICATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Emily K. Declercq, declare as follows:

1. I am an attorney at the law firm representing Plaintiff Brandon Copeland in the above-captioned matter and am fully familiar with the facts of this case.

2. **Service of Process**: Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations was properly served with the Third Amended Complaint on May 18, 2023. Proof of service was filed with this Court on May 26, 2023 (ECF No. 99).

3. **Failure to Respond**: Despite being properly served, Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations has failed to appear, plead, or otherwise defend this action within the time provided by the Federal Rules of Civil Procedure.  Additionally, the entity has not sought any extension of time.

4. **Unchanged Allegations**: On June 12, 2024, Plaintiff filed a Fourth Amended Complaint (ECF No. 130). The allegations and claims against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations remain substantively identical to those in the Third Amended Complaint.

5. **Request for Default**: In light of Defendant's failure to appear, plead, or otherwise defend, Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of November, 2024.

By: /s/ Emily K. Declercq
Emily K. Declercq
300 Carnegie Center, Suite 150
Princeton, NJ 08540
Attorneys for Plaintiff