**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center, Suite 150
Princeton, NJ 08540
P: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID#: 100782017

**OF COUNSEL**
BLACKMON & BLACKMON, PLLC
907 W Peace St.
Canton, MS 39046
P: 601-859-1567 F: 601-859-2311
Edward Blackmon, Jr., Esquire, MS Attorney ID#: 3354
Barbara M. Blackmon, Esquire, MS Attorney ID#: 3346
Bradford J. Blackmon, Esquire, MS Attorney ID#: 104848

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRANDON COPELAND<br><br>               Plaintiff,<br><br>vs.<br><br>JAD NUTRITION L.L.C. doing business as XTREME FORMULATIONS, a business entity, form unknown;<br><br>               Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JAD NUTRITION L.L.C. D/B/A XTREME FORMULATIONS** |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JAD NUTRITION L.L.C. D/B/A XTREME FORMULATIONS**

Dear Clerk of the Court,

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, I write to request that the Clerk of the Court enter default against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations for failure to plead or otherwise defend this action.

      Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations was properly served with the operative Fourth Amended Complaint (ECF No. 130) on January 8, 2026, as evidenced by the proof of service filed on January 12, 2026 (ECF No. 250). Despite proper service, Defendant has

failed to appear, plead, or otherwise respond to the complaint within the time prescribed by law.

In further support of this request, I have enclosed the following:

1. A Certification in Support of Request for Entry of Default, executed by the undersigned;
2. A copy of the proof of service for the operative Complaint (ECF No. 250); and

Thank you for your attention to this matter. Please do not hesitate to contact me should you require any additional information or documentation.

Respectfully submitted this 30th day of January, 2026

**DECLERCQ LAW FIRM PLLC**
**BLACKMON & BLACKMON PLLC**

*By: /s/ Emily K. Declercq*
Emily K. Declercq

*Attorneys for Plaintiff*