**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center, Suite 150
Princeton, NJ 08540
P: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID#: 100782017

**OF COUNSEL**
BLACKMON & BLACKMON, PLLC
907 W Peace St.
Canton, MS 39046
P: 601-859-1567 F: 601-859-2311
Edward Blackmon, Jr., Esquire, MS Attorney ID#: 3354
Barbara M. Blackmon, Esquire, MS Attorney ID#: 3346
Bradford J. Blackmon, Esquire, MS Attorney ID#: 104848

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRANDON COPELAND<br><br>                              Plaintiff,<br><br>           vs.<br><br>JAD NUTRITION L.L.C. doing business as XTREME FORMULATIONS, a business entity, form unknown,<br><br>                              Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**CERTIFICATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

## CERTIFICATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Emily K. Declercq, declare as follows:

1. I am an attorney at the law firm representing Plaintiff Brandon Copeland in the above-captioned matter and am fully familiar with the facts of this case.

2. **Service of Process**: Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations was properly served with the Fourth Amended Complaint (ECF No. 130) on January 8, 2026. Proof of service was filed with this Court on January 12, 2026 (ECF No. 250).

3. **Failure to Respond**: Despite being properly served, Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations has failed to appear, plead, or otherwise defend this action within the time provided by the Federal Rules of Civil Procedure as required by January 29, 2026. Additionally, the entity has not sought any extension of time.

4. **Request for Default**: In light of Defendant's failure to appear, plead, or otherwise defend, Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of January, 2026.

By: /s/ Emily K. Declercq
Emily K. Declercq
300 Carnegie Center Dr, Suite 150
Princeton, New Jersey 08540
Attorneys for Plaintiff