UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND<br><br>Plaintiff,<br><br>vs.<br><br>JAD NUTRITION LLC doing business as XTREME FORMULATIONS,<br><br>Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

.

**CERTIFICATION OF COUNSEL IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT**

I, Emily K. Declercq hereby certify under penalty of perjury:

1. I am counsel for Plaintiff Brandon Copeland in this matter. I submit this certification in support of Plaintiff's motion for default judgment against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations.

2. Plaintiff has executed a sworn Certification of Damages, attached as Exhibit A.

3. Plaintiff's damages certification is consistent with his verified interrogatory responses and documentary production in discovery. These materials include NFL payroll records,

1

    endorsement agreements, receipts for out-of-pocket expenses, and attorney invoices relating to his NFL arbitration.

4. Additional documents link JAD Nutrition directly to Yang R-ALA, including sworn deposition testimony, business records including invoices and emails confirming JAD's manufacture and labeling of Lot No. C12111810, as well as laboratory testing reports (SMRTL and AEGIS) confirming that Yang R-ALA contained Ostarine. The exhibits submitted are listed as follows:

> **EXHIBIT A** - Certification of Brandon Copeland (October 6, 2025), sworn certification detailing damages totaling $1,797,902.85
>
> **EXHIBIT B** - Laboratory Testing Reports Confirming Ostarine Contamination
>
> - B-1: AEGIS Laboratory Report dated June 14, 2019 (Copeland's sample - POSITIVE)
> - B-2: AEGIS Laboratory Report dated August 6, 2019 (NFLPA independent test - POSITIVE)
> - B-3: BSCG Laboratory Report dated August 28, 2019 (Defendant's test - POSITIVE)
>
> **EXHIBIT C** - Discovery Responses of Caroleen Kandel
>
> - C-1: Interrogatory Responses identifying JAD as manufacturer (December 12, 2021)
> - C-2: Deposition Testimony confirming JAD's manufacturing and labeling role (April 29, 2024)
>
> **EXHIBIT D** - Business Records
>
> - Invoice dated April 4, 2019 for Yang R-ALA Lot #C04081910
> - Email confirming manufacture date of 12/13/2018
> - Related email correspondence establishing JAD's control over manufacturing

5. These exhibits are true and correct copies of documents produced in discovery or obtained through testing. The deposition excerpts are taken from certified transcripts. Out of an abundance of caution and to comply with confidentiality provisions in settlement

agreements, certain limited redactions appear in black within the exhibits. These redactions do not affect the substantive evidence establishing JAD's liability or the calculation of Plaintiff's damages. Highlighting in orange has been added by counsel to direct the Court's attention to key passages.

6. Plaintiff's total compensatory damages are $1,797,902.85. Pursuant to N.J.S.A. 56:8-19, these damages are subject to mandatory trebling, resulting in $5,393,708.55. Plaintiff further seeks attorneys' fees, costs, and interest as permitted by statute.

7. Defendant JAD has never appeared in this action, and notice is therefore not required under Fed. R. Civ. P. 55(b)(2). Out of an abundance of caution, courtesy notice of this motion is being simultaneously provided to Defendant's last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026

    */s/Emily K. Declercq*

    Emily K. Declercq
    Counsel for Plaintiff