## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing Motion for Default Judgment Against JAD Nutrition with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Courtesy copies are being simultaneously sent to **Defendant JAD Nutrition, LLC** at its last known address.

*/s/ Emily K. Declercq*

Emily K. Declercq
Dated: February 2, 2026