UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDON COPELAND<br><br>Plaintiff,<br><br>vs.<br><br>JAD NUTRITION LLC doing business as XTREME FORMULATIONS<br><br>Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br>**PROPOSED FORM OF ORDER** |

**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT JAD NUTRITION L.L.C. D/B/A XTREME FORMULATIONS**

THIS MATTER having been opened to the Court on the renewed motion of Plaintiff Brandon Copeland for default judgment against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions, and good cause having been shown;

IT IS on this ___ day of _____, 2026, ORDERED that Plaintiff's motion is GRANTED; and it is further ORDERED that judgment is entered in favor of Plaintiff Brandon

1

Copeland and against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations in the amount of $5,393,708.55, representing treble damages under the New Jersey Consumer Fraud Act; and it is further ORDERED that Plaintiff is awarded attorneys' fees, costs, and interest pursuant to N.J.S.A. 56:8-19, in amounts to be determined upon separate application; and it is further ORDERED that the Clerk of Court shall enter judgment accordingly.

SO ORDERED.

_____
HON. EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE