**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Dr, Suite 150
Princeton, NJ 08540
P: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID#: 100782017

**OF COUNSEL**
BLACKMON & BLACKMON, PLLC
907 W Peace St.
Canton, MS 39046
P: 601-859-1567 F: 601-859-2311
Edward Blackmon, Jr., Esquire, MS Attorney ID#: 3354
Barbara M. Blackmon, Esquire, MS Attorney ID#: 3346
Bradford J. Blackmon, Esquire, MS Attorney ID#: 104848

| | |
|---|---|
| BRANDON COPELAND<br><br>   vs.                Plaintiff,<br><br>JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,<br><br>                       Defendant(s). | Civ. No.: 1:19-cv-20278-ESK-EAP<br><br>**PLAINTIFF'S SUPPLEMENTAL DIVERSITY DISCLOSURE STATEMENT** |

      Plaintiff Brandon Copeland, by and through undersigned counsel, respectfully submits this Supplemental Diversity Disclosure Statement in response to the Court's Text Order dated February 17, 2026, directing Plaintiff to demonstrate a reasonable investigation into the citizenship of Defendant JAD Nutrition LLC ("JAD") consistent with *Lincoln Benefit Life Co. v. AEI Life, LLC*, 800 F.3d 99 (3d Cir. 2015).

**1. Governing Legal Standard**

For purposes of diversity jurisdiction, a limited liability company is deemed a citizen of each state in which its members are citizens. *Lincoln Benefit*, 800 F.3d at 104. Where a defendant LLC fails to appear and its membership information is not publicly available, a plaintiff may satisfy jurisdictional pleading requirements by conducting a reasonable investigation and alleging citizenship in good faith based on the information reasonably obtainable. *Id.* at 108–10.

**2. Plaintiff's Reasonable Investigation**

Plaintiff has undertaken extensive and continuing efforts to identify the citizenship of JAD and its members, including:

- Investigation identifying three individuals associated with JAD at formation (Attila Gabrielli, Jeffrey Peterson, and James David Ostlund) and locating residential addresses for each in the State of Minnesota
- Investigative and service efforts spanning multiple years of litigation, which were noted during conferences with Magistrate Judge Singh, including investigator involvement directed toward identifying JAD's members for purposes of service
- Review of Minnesota Secretary of State records, including the Articles of Organization identifying individuals associated with the LLC at formation and subsequent filings relating to the registered office and agent; and
- Review of insurance-related records and applications produced in 2025 in connection with coverage proceedings, which identified James David Ostlund as a "partner" associated with JAD and reflected Minnesota residency information;
- Continued investigation following the emergence of new information in 2025, including review of publicly available business records and litigation materials.

These efforts represent the full range of sources reasonably available to Plaintiff where the defendant LLC has never appeared, has provided no membership disclosure, and is administratively terminated.

### 3. Information Revealed by the Investigation

The Minnesota Articles of Organization identify three individuals associated with JAD at formation, Attila Gabrielli, Jeffrey Peterson, and James David Ostlund, each with Minnesota addresses.

Subsequent state records confirm JAD's Minnesota registration history and later administrative termination for failure to file required renewals. Insurance-related materials produced in 2025 further identify James David Ostlund as a "partner" of JAD and reflect Minnesota-based contact information.

Plaintiff's investigation has revealed no information indicating that any current member of JAD is a citizen of New Jersey or any state other than Minnesota.

### 4. Good-Faith Allegation of Citizenship

Based on the foregoing reasonable investigation and the information available after years of litigation involving a non-appearing and administratively terminated LLC, Plaintiff alleges in good faith that all members of Defendant JAD Nutrition LLC are citizens of the State of Minnesota.

Accordingly, complete diversity exists between Plaintiff, a citizen of New Jersey at the time this action was commenced, and Defendant JAD Nutrition LLC, a citizen solely of Minnesota, and this Court properly exercises subject-matter jurisdiction under 28 U.S.C. § 1332.

**5. Request for Reinstatement of Motion**

Plaintiff respectfully requests that the Court accept this Supplemental Diversity Disclosure Statement and reinstate Plaintiff's pending Motion for Default Judgment for decision on the merits.

Respectfully submitted,

**DECLERCQ LAW FIRM, PLLC**
**BLACKMON & BLACKMON, PLLC**

*By: /s/ Emily K. Declercq*
Emily K. Declercq, Esq.
Attorneys for Plaintiff

Dated: February 17, 2026