UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BRANDON COPELAND<br><br>Plaintiff,<br><br>vs.<br><br>JAD NUTRITION LLC doing business as<br>XTREME FORMULATIONS<br><br>Defendant(s). | Civ. No. : 1:19-cv-20278-ESK-EAP<br><br><br>**ORDER AND JUDGMENT** |

**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT JAD NUTRITION L.L.C. D/B/A XTREME FORMULATIONS**

THIS MATTER having been opened to the Court on the renewed motion of Plaintiff Brandon Copeland for default judgment against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions, and good cause having been shown;

IT IS on this **8th** day of **May 2026**, ORDERED that Plaintiff's motion is GRANTED; and it is further ORDERED that judgment is entered in favor of Plaintiff Brandon Copeland and against Defendant JAD Nutrition L.L.C. d/b/a Xtreme Formulations in the amount of $5,393,708.55, representing treble damages under the New Jersey Consumer Fraud Act; and it is further ORDERED that Plaintiff is awarded attorneys' fees, costs, and interest pursuant to N.J.S.A. 56:8-19, in amounts to be determined upon separate application; and it is further ORDERED that the Clerk of Court shall enter judgment accordingly.

　　　　　　　　　　　　　　　　　　　　　_/s/ Edward S. Kiel_
　　　　　　　　　　　　　　　　　　　　　**Edward S. Kiel**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**