**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Telephone: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID# 100782017

**OF COUNSEL**
**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Canton, Mississippi 39046
Telephone: (601) 859-1567
Edward Blackmon, Jr., Esq., MS Attorney ID# 3354
Barbara M. Blackmon, Esq., MS Attorney ID# 3346
Bradford J. Blackmon, Esq., MS Attorney ID# 104848

*Attorneys for Plaintiff Brandon Copeland*

| | |
|---|---|
| BRANDON COPELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,<br><br>    Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 1:19-cv-20278-ESK-EAP<br><br>**NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, AND PRE-JUDGMENT INTEREST** |

**NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, AND PRE-JUDGMENT**

**INTEREST**

TO: All Counsel and Parties of Record:

PLEASE TAKE NOTICE that on a date and time to be set by the Court, or as soon thereafter as counsel may be heard, Plaintiff Brandon Copeland, by and through his undersigned counsel, will move before the Honorable Edward S. Kiel, United States District Judge, at the

Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order:

1. Awarding Declercq Law Firm, PLLC reasonable attorneys' fees in the amount of $983,825.00 pursuant to N.J.S.A. 56:8-19 against Defendant JAD Nutrition LLC d/b/a Xtreme Formulations, based on the lodestar reflected in the Declaration of Emily K. Declercq, Esq. and Exhibit A filed herewith;

2. Awarding co-counsel Blackmon & Blackmon, PLLC reasonable attorneys' fees in the amount of $116,225.00 pursuant to N.J.S.A. 56:8-19 against Defendant JAD Nutrition LLC d/b/a Xtreme Formulations, based on the lodestar reflected in the Declaration of Edward Blackmon, Jr., Esq. and Exhibit B filed herewith;

3. Awarding Plaintiff pre-judgment interest pursuant to N.J. Court Rule 4:42-11(b) on the compensatory damages portion of the Judgment in the amount of $522,376.97, accrued from the date of Plaintiff's NFL suspension (August 21, 2019) through entry of Final Judgment (May 8, 2026), as set forth in the Pre-Judgment Interest Worksheet submitted herewith;

4. Providing that post-judgment interest shall continue to accrue on all amounts awarded at the rate provided by 28 U.S.C. § 1961 until paid in full; and

5. Awarding such other and further relief as the Court deems just and proper.

This Motion is filed within the 14-day deadline established by Federal Rule of Civil Procedure 54(d)(2)(B), running from entry of Final Judgment on May 8, 2026.

In support of this Motion, Plaintiff submits and relies upon the following:

(a) Memorandum of Law in Support of Motion for Attorneys' Fees, Costs, and Pre-Judgment Interest;

(b) Declaration of Emily K. Declercq, Esq. in Support of Motion for Attorneys' Fees, Costs, and Pre-Judgment Interest;

(c) Exhibit A to the Declaration of Emily K. Declercq, Esq. (Phase-by-Phase Reconstruction of Time of Declercq Law Firm, PLLC);

(d) Declaration of Edward Blackmon, Jr., Esq. in Support of Motion for Attorneys' Fees on Behalf of Blackmon & Blackmon, PLLC;

(e) Exhibit B to the Declaration of Edward Blackmon, Jr., Esq. (Phase-by-Phase Reconstruction of Time of Blackmon & Blackmon, PLLC);

(f) Pre-Judgment Interest Worksheet;

(g) Proposed Order; and

(h) The pleadings and proceedings of record in this matter.

A separate Bill of Costs and Supporting Statement pursuant to 28 U.S.C. § 1920 and D.N.J. Local Civil Rule 54.1 will be filed within 30 days of entry of Judgment as required by Local Rule.

Oral argument is requested if the Court deems it necessary or if any opposition is filed.

Respectfully submitted,

**DECLERCQ LAW FIRM, PLLC**

By: /s/ Emily K. Declercq

Emily K. Declercq, Esq.
NJ Attorney ID# 100782017
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
(609) 873-3148
emily@declercqlawfirm.com

*Attorney for Plaintiff Brandon Copeland*

Dated: May 22, 2026