**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Telephone: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID# 100782017

**OF COUNSEL**
**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Canton, Mississippi 39046
Telephone: (601) 859-1567
Edward Blackmon, Jr., Esq., MS Attorney ID# 3354
Barbara M. Blackmon, Esq., MS Attorney ID# 3346
Bradford J. Blackmon, Esq., MS Attorney ID# 104848

*Attorneys for Plaintiff Brandon Copeland*

| | |
|---|---|
| BRANDON COPELAND, | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |
| Plaintiff, | |
| v. | Civil Action No. 1:19-cv-20278-ESK-EAP |
| JAD NUTRITION LLC d/b/a XTREME FORMULATIONS, | |
| Defendant. | **PRE-JUDGMENT INTEREST WORKSHEET** |

**PRE-JUDGMENT INTEREST WORKSHEET**

**I. INTRODUCTION**

Pursuant to New Jersey Court Rule 4:42-11(b), Plaintiff Brandon Copeland is entitled to pre-judgment interest on the compensatory damages portion of the Judgment in this tort action.

This worksheet calculates the pre-judgment interest using the rates and methodology prescribed by R. 4:42-11(a)(ii) and (a)(iii).

## II. PRINCIPAL

Pre-judgment interest is computed on the compensatory damages (the untrebled actual damages), not on the statutorily-trebled amount. See Belinski v. Goodman, 139 N.J. Super. 351 (App. Div. 1976) (pre-judgment interest on damages, not punitive enhancement); Furst v. Einstein Moomjy, Inc., 182 N.J. 1, 18 (2004) (treble damages under NJCFA are remedial but pre-judgment interest accrues on actual damages base).

Compensatory damages as established by Plaintiff's damages certification and accepted by the Court in entering the Judgment of May 8, 2026:

Four-game salary suspension: $411,765.00.

Forfeited signing bonus: $73,530.00.

Lost playtime incentive: $250,000.00.

Lost roster bonus: $78,125.00.

Lost performance bonus: $500,000.00.

Lost retirement contributions: $228,000.00.

Lost endorsements and marketing: $46,500.00.

Training and lodging during suspension: $14,425.00.

2

Lost performance-based pay: $189,582.85.

Legal fees for NFL appeal: $5,975.00.

---

**TOTAL COMPENSATORY DAMAGES (PRINCIPAL): $1,797,902.85**

## III. ACCRUAL DATE

All of the damages categories above flowed directly from Mr. Copeland's NFL suspension imposed on August 21, 2019 following his positive test for ostarine caused by JAD Nutrition LLC's contaminated supplement. The four-game salary forfeiture, forfeited bonuses, lost incentive compensation, lost retirement contributions, terminated endorsements, training/lodging expenses, lost performance-based pay, and NFL appeal legal fees all are consequences of and post-date that suspension. For simplicity and judicial economy, Plaintiff applies a single accrual date of August 21, 2019 for all components of pre-judgment interest.

## IV. END DATE

Pre-judgment interest accrues through entry of Final Judgment, which occurred on May 8, 2026. Post-judgment interest runs thereafter under 28 U.S.C. § 1961.

## V. APPLICABLE RATES

Under R. 4:42-11(a)(ii), the annual post-judgment rate (which applies to pre-judgment interest in tort actions under R. 4:42-11(b)) is set by the New Jersey Supreme Court each year based on the average rate of return of the State of New Jersey Cash Management Fund. Under R. 4:42-11(a)(iii), an additional 2.0% is added for judgments exceeding the Special Civil Part monetary limit (currently $20,000). The Judgment of $5,393,708.55 (namely the $1,797,902.85

3

principal) exceeds that limit; the additional 2.0% therefore applies for all years of pre-judgment interest accrual.

Effective rates (base rate + 2.0% under (a)(iii)) for the accrual period:

2019: 1.5% + 2.0% = 3.50%.

2020: 2.5% + 2.0% = 4.50%.

2021: 1.5% + 2.0% = 3.50%.

2022: 0.25% + 2.0% = 2.25%.

2023: 0.25% + 2.0% = 2.25%.

2024: 3.50% + 2.0% = 5.50%.

2025: 5.5% + 2.0% = 7.50%.

2026: 4.5% + 2.0% = 6.50%.

## VI. CALCULATION

Interest is computed on a simple-interest basis per R. 4:42-11(a) ("judgments... shall bear simple interest"). For each calendar year, interest equals: Principal × Rate × (Days in Period / Days in Year).

| Year | Period | Days | Rate | Interest |
|------|--------|------|------|----------|
| 2019 | Aug 21 – Dec 31, 2019 | 133 | 3.50% | $22,929.42 |

4

| 2020 | Jan 1 – Dec 31, 2020 | 366 | 4.50% | $80,905.63 |
|---|---|---|---|---|
| 2021 | Jan 1 – Dec 31, 2021 | 365 | 3.50% | $62,926.60 |
| 2022 | Jan 1 – Dec 31, 2022 | 365 | 2.25% | $40,452.81 |
| 2023 | Jan 1 – Dec 31, 2023 | 365 | 2.25% | $40,452.81 |
| 2024 | Jan 1 – Dec 31, 2024 | 366 | 5.50% | $98,884.66 |
| 2025 | Jan 1 – Dec 31, 2025 | 365 | 7.50% | $134,842.71 |
| 2026 | Jan 1 – May 8, 2026 | 128 | 6.50% | $40,982.33 |
| | | | **TOTAL PJI** | **$522,376.97** |

## VII. SUMMARY

Total pre-judgment interest on the compensatory damages base of $1,797,902.85, accruing from August 21, 2019 through May 8, 2026, is $522,376.97.

Combined recovery (untrebled compensatory damages + pre-judgment interest) is $2,320,279.82. The Court's Final Judgment of May 8, 2026 separately trebled the compensatory damages portion under N.J.S.A. 56:8-19, yielding $5,393,708.55. The total Judgment with pre-judgment interest is therefore $5,916,085.52.

Post-judgment interest accrues from May 8, 2026 forward under 28 U.S.C. § 1961 at the federal rate, automatically and without further application.

Respectfully submitted,

**DECLERCQ LAW FIRM, PLLC**

By: */s/ Emily K. Declercq*
    Emily K. Declercq, Esq.

5

NJ Attorney ID# 100782017
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
(609) 873-3148
emily@declercqlawfirm.com

*Attorney for Plaintiff Brandon Copeland*

Dated: May 22, 2026

6