**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Canton, Mississippi 39046
Telephone: (601) 859-1567

*Pro Hac Vice Counsel for Plaintiff Brandon Copeland*

---

| | |
|---|---|
| BRANDON COPELAND,<br><br>Plaintiff,<br><br>v.<br><br>JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,<br><br>Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 1:19-cv-20278-ESK-EAP<br><br>**EXHIBIT B TO DECLARATION OF EDWARD BLACKMON, JR., ESQ. – PHASE-BY-PHASE TIME RECONSTRUCTION** |

**EXHIBIT B**

**BLACKMON & BLACKMON, PLLC: PHASE-BY-PHASE RECONSTRUCTION OF TIME**

This Exhibit sets forth a phase-by-phase reconstruction of the time devoted to Copeland v. Poliquin Performance Center 2, LLC, et al. (D.N.J. Civil Action No. 1:19-cv-20278-ESK-EAP) by the attorneys of Blackmon & Blackmon, PLLC, from October 2019 through May 2026. The phases mirror the phase structure used by co-counsel Declercq Law Firm, PLLC for ease of cross-referencing. Each task is attributed to the attorney(s) who performed it, with hours reported in tenths. Excluded from this reconstruction: (a) the pre-litigation NFL arbitration phase (July–August 2019), which was separately compensated as Mr. Copeland's case expense; (b) work performed in connection with Admiral Insurance Co. v. TBN Labs, LLC (E.D.N.Y. Civil Action No. 2:22-cv-05827); and (c) administrative work related to disbursement and accounting.

This reconstruction is conservative. Where attorney recollection was uncertain, hours have been under-counted rather than over-counted.

## SUMMARY TABLE

| Phase | Edward | Barbara | Bradford | Phase Total | Lodestar |
|---|---|---|---|---|---|
| 1. Pre-Removal | 1.0 | 0.5 | 10.0 | 11.5 | $6,687.50 |
| 2. Motion Practice | 2.0 | 0.5 | 1.0 | 3.5 | $2,137.50 |
| 3. Reconsideration | 1.0 | 0.0 | 0.5 | 1.5 | $912.50 |
| 4. Amended Complaints | 2.5 | 0.5 | 4.0 | 7.0 | $4,175.00 |
| 5. Discovery & Depositions | 21.5 | 1.0 | 10.5 | 33.0 | $20,100.00 |
| 6. Default & Mediation Prep | 3.0 | 3.5 | 21.5 | 28.0 | $16,425.00 |
| 7. Sept 15 Settlement & Resolution | 7.0 | 14.5 | 48.5 | 70.0 | $41,325.00 |
| 8. Default Judgment & MTS | 14.5 | 5.5 | 14.0 | 34.0 | $20,550.00 |
| 9. Final Judgment | 0.8 | 0.8 | 0.9 | 2.5 | $1,512.50 |
| 10. Fee Motion | 1.3 | 1.3 | 1.4 | 4.0 | $2,430.00 |
| **TOTAL** | **54.6** | **27.6** | **112.8** | **195.0** | **$116,225.00** |

## PHASE 1: PRE-REMOVAL AND INITIAL FILING

*Period: August–November 2019   |   **Blackmon Hours: 11.5***

Drafting of pre-suit demand letter to multiple potential defendants, including substantive case theory development; coordination of certified mail service on potential defendants. *(Bradford)* **[8.0]**

Review of initial Complaint draft prepared by co-counsel and substantive feedback regarding claims and damages framework. *(Bradford)* **[2.0]**

Strategic review of case posture and engagement strategy at outset. *(Edward)* **[1.0]**

Initial conflicts and engagement coordination. *(Barbara)* **[0.5]**

*Phase 1 Total:* **11.5 hours**

## PHASE 2: MOTION TO REMAND AND MOTION TO DISMISS BRIEFING

*Period: November 2019–July 2020* | *Blackmon Hours: 3.5*

Substantive review of Motion to Remand and Opposition to Motion to Dismiss papers; strategic input on briefing approach. *(Edward)* **[2.0]**

Review of opposition briefing and oral argument coordination. *(Bradford)* **[1.0]**

Periodic strategic review. *(Barbara)* **[0.5]**

*Phase 2 Total:* **3.5 hours**

## PHASE 3: MOTION FOR RECONSIDERATION AND SUN CHEMICAL REVERSAL

*Period: August 2020–March 2021* | *Blackmon Hours: 1.5*

Strategic review of Motion for Reconsideration approach and the Sun Chemical decision; consultation regarding reversal of dismissal. *(Edward)* **[1.0]**

Substantive review of reconsideration papers. *(Bradford)* **[0.5]**

*Phase 3 Total:* **1.5 hours**

## PHASE 4: AMENDED COMPLAINTS, SERVICE, AND CASE MANAGEMENT

*Period: April 2021–September 2022* | *Blackmon Hours: 7.0*

Review and substantive feedback on First, Second, and Third Amended Complaints (Dkts. 35, 59, 83); strategic input on additions and modifications. *(Edward, Bradford)* **[3.0]**

Coordination of Rule 26 disclosures and discovery exchange (October 2021). *(Bradford)* **[2.0]**

Strategic conferences regarding case management and amended pleading strategy. *(Edward)* **[1.0]**

Periodic review of case posture. *(Barbara, Bradford)* **[1.0]**

*Phase 4 Total:* **7.0 hours**

## PHASE 5: DISCOVERY, DEPOSITIONS, AND MOTION PRACTICE

*Period: October 2022–October 2024    |    **Blackmon Hours: 33.0***

Preparation for and conducting the questioning portion of the deposition of Caroleen Kandel on April 29, 2024 by Zoom (deposition adjourned mid-session due to defense counsel illness and never resumed). *(Edward)*  **[12.0]**

Preparation of Plaintiff Brandon Copeland for his deposition on February 23, 2024 (by Zoom), including pre-deposition consultation, document review with client, and coordination. *(Bradford)*  **[6.0]**

Pre-deposition consultation with the client; preparation strategy for Kandel deposition. *(Edward)*  **[6.0]**

Strategic review of and input on Fourth Amended Complaint (Dkt. 130) and related discovery developments. *(Bradford, Edward)*  **[3.0]**

Substantive review of defendants' productions and discovery materials. *(Bradford)*  **[2.0]**

Strategic review of the four Joint Proposed Pretrial Orders (Dkts. 103, 111, 119, 128). *(Edward, Barbara)*  **[2.0]**

Periodic client and co-counsel conferences regarding discovery posture. *(Edward, Bradford)*  **[2.0]**

*Phase 5 Total:* **33.0 hours**

## PHASE 6: ENTRY OF DEFAULT AND INITIAL MEDIATION PREPARATION

*Period: November 2024–April 2025    |    **Blackmon Hours: 28.0***

Pre-mediation document collection from the client; mediation demand strategy development; coordination of mediator selection (February 2025). *(Bradford)*  **[8.0]**

Strategy call with co-counsel regarding mediation positions (February 20, 2025). *(Bradford, Edward)*  **[2.0]**

Preparation of an initial draft of Plaintiff's mediation statement for the March 13, 2025 mediation session before Hon. Marina Corodemus (Ret.), for finalization by lead counsel. *(Bradford)*  **[5.0]**

Mediation fees and costs negotiation with opposing counsel. *(Bradford)* **[1.0]**

Attendance and participation in the March 13, 2025 mediation session by Zoom. *(Bradford, Barbara, Edward)* **[6.0]**

Attendance and participation in the April 8, 2025 follow-up mediation session by Zoom. *(Bradford, Barbara)* **[3.0]**

Post-mediation strategy correspondence and Zoom coordination with Hon. Corodemus regarding global settlement, trademark conveyance, and dismissal sequencing (April 2025). *(Bradford)* **[3.0]**

---

*Phase 6 Total:* **28.0 hours**

## PHASE 7: MEDIATION, SETTLEMENT CONFERENCES, AND DISMISSAL OF SETTLED DEFENDANTS

*Period: May–September 2025   |   **Blackmon Hours: 70.0***

Ongoing mediation status correspondence and strategy calls with Hon. Corodemus (May–June 2025). *(Bradford)* **[5.0]**

Resumption-of-litigation correspondence and strategic review (August 2025). *(Bradford, Edward)* **[2.0]**

Preparation of initial draft of the September 8, 2025 settlement conference memorandum for finalization by lead counsel; coordination of filing with Magistrate Judge Pascal in advance of the September 15, 2025 conference. *(Bradford)* **[10.0]**

In-person attendance at the September 15, 2025 in-person settlement conference in Camden, New Jersey before Magistrate Judge Pascal, at which the case settled with the resolving defendants; including travel from Mississippi to New Jersey, in-person conference, and travel back. *(Bradford)* **[15.0]**

In-person attendance at the September 15, 2025 in-person settlement conference in Camden, New Jersey, at which the case settled with the resolving defendants; including travel from Mississippi to New Jersey, in-person conference, and travel back. *(Barbara)* **[13.0]**

Coordination of execution of settlement agreements with the resolving defendants; W-9 and signature logistics with opposing counsel; coordination of FedEx delivery of original executed materials; review of release terms (October–November 2025). *(Bradford)* **[8.0]**

Strategic correspondence with Stecklow (Callahan & Fusco) and Olshan regarding settlement releases. *(Bradford)* **[3.0]**

Multiple rounds of drafting and revision of the Stipulation of Dismissal as to settled defendants (December 2025) with Olshan and Callahan & Fusco; substantive revisions to scope of dismissal. *(Bradford)* **[5.0]**

Internal Blackmon firm conferences regarding settlement posture. *(Barbara, Bradford)* **[3.0]**

Periodic strategic conferences with co-counsel regarding settlement posture. *(Edward)* **[6.0]**

*Phase 7 Total:* **70.0 hours**

## PHASE 8: DEFAULT JUDGMENT, MOTION TO STRIKE, AND INSURANCE COVERAGE LITIGATION

*Period: October 2025–February 2026*   |   ***Blackmon Hours: 34.0***

Strategic correspondence on insurer appearance issue (Hinshaw, Markel/Evanston); strategic response to Pascal directive regarding insurance disclosure (October 2025). *(Bradford, Edward)* **[5.0]**

Settlement agreement execution coordination, including signature and W-9 collection (October–November 2025). *(Bradford)* **[3.0]**

Drafting of the Settlement Affidavit and coordination of execution with the client (November 2025). *(Bradford)* **[3.0]**

Review and substantive input on Motion to Strike Unauthorized Appearances (Dkt. 227). *(Bradford, Edward)* **[3.0]**

Internal Blackmon firm conferences and consultation with client regarding case-disposition strategy as to the Kandel claims following her bankruptcy filing (December 11–12, 2025). *(Edward, Barbara, Bradford)* **[6.0]**

Correspondence with co-counsel regarding case-disposition path forward. *(Bradford, Barbara)* **[4.0]**

Strategic review of and input on second (refiled) Motion for Default Judgment (Dkt. 254, February 2026). *(Bradford, Edward)* **[3.0]**

Periodic strategic conferences with co-counsel during the dense period of motion practice. *(Edward)* **[7.0]**

*Phase 8 Total:* **34.0 hours**

## PHASE 9: FINAL JUDGMENT PROCEEDINGS

*Period: March–May 2026* | ***Blackmon Hours: 2.5***

Review of Final Judgment entered May 8, 2026; post-judgment strategy coordination. *(Bradford, Edward, Barbara)* **[2.5]**

*Phase 9 Total:* **2.5 hours**

## PHASE 10: POST-JUDGMENT AND FEE MOTION PREPARATION

*Period: May 2026* | ***Blackmon Hours: 4.0***

Reconstruction of Blackmon firm time; review of fee motion materials; coordination with co-counsel on filing. *(Bradford, Edward, Barbara)* **[4.0]**

*Phase 10 Total:* **4.0 hours**

### GRAND TOTAL

**195.0 hours = $116,225.00 (Edward Blackmon, Jr. at $625/hr; Barbara M. Blackmon at $625/hr; Bradford J. Blackmon at $575/hr)**