| | |
|---|---|
| BRANDON COPELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,<br><br>    Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 1:19-cv-20278-ESK-EAP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND PRE-JUDGMENT INTEREST** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND PRE-JUDGMENT INTEREST**

THIS MATTER having come before the Court on the Motion of Plaintiff Brandon Copeland for an award of attorneys' fees, costs, and pre-judgment interest pursuant to N.J.S.A. 56:8-19 and applicable federal and state law;

AND the Court having reviewed the Notice of Motion, the Memorandum of Law in Support thereof, the Declaration of Emily K. Declercq, Esq. and Exhibit A thereto (the phase-by-phase time reconstruction of Declercq Law Firm, PLLC), the Declaration of Edward Blackmon, Jr., Esq. and Exhibit B thereto (the phase-by-phase time reconstruction of Blackmon & Blackmon, PLLC), the Pre-Judgment Interest Worksheet, and any opposition thereto;

AND for good cause shown;

IT IS on this _____ day of _____, 2026,

ORDERED that Plaintiff's Motion for Attorneys' Fees, Costs, and Pre-Judgment Interest is hereby GRANTED; and it is further

ORDERED that Declercq Law Firm, PLLC is awarded attorneys' fees pursuant to N.J.S.A. 56:8-19 in the amount of $983,825.00, said award being entered directly in favor of Declercq Law Firm, PLLC as a judgment creditor of Defendant JAD Nutrition LLC d/b/a Xtreme Formulations, separate and independent of Plaintiff's judgment for compensatory damages and pre-judgment interest, and enforceable independently in accordance with applicable law, see Furst v. Einstein Moomjy, Inc., 182 N.J. 1, 22–23 (2004); and it is further

ORDERED that Blackmon & Blackmon, PLLC is awarded attorneys' fees pursuant to N.J.S.A. 56:8-19 in the amount of $116,225.00, said award being entered directly in favor of Blackmon & Blackmon, PLLC as a judgment creditor of Defendant JAD Nutrition LLC d/b/a Xtreme Formulations, separate and independent of Plaintiff's judgment for compensatory damages and pre-judgment interest, and enforceable independently in accordance with applicable law; and it is further

ORDERED that Plaintiff is awarded pre-judgment interest pursuant to N.J. Court Rule 4:42-11(b) on the compensatory damages portion of the Judgment in the amount of $522,376.97; and it is further

ORDERED that post-judgment interest shall continue to accrue on all amounts awarded herein at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Order until paid in full; and it is further

ORDERED that the Clerk of Court shall enter this award on the docket as a supplement to the Final Judgment entered on May 8, 2026.

_____
HON. EDWARD S. KIEL, U.S.D.J.