**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Telephone: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID# 100782017

**OF COUNSEL**
**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Canton, Mississippi 39046
Telephone: (601) 859-1567
Edward Blackmon, Jr., Esq., MS Attorney ID# 3354
Barbara M. Blackmon, Esq., MS Attorney ID# 3346
Bradford J. Blackmon, Esq., MS Attorney ID# 104848

*Attorneys for Plaintiff Brandon Copeland*

| | |
|---|---|
| **BRANDON COPELAND,**<br><br>Plaintiff,<br><br>v.<br><br>**JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,**<br><br>Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 1:19-cv-20278-ESK-EAP<br><br>**NOTICE OF APPLICATION FOR TAXATION OF COSTS** |

TO:

**JAD Nutrition LLC d/b/a Xtreme Formulations**
451 Taft Street NE
Minneapolis, Minnesota 55413 (Defendant, in default and unrepresented)

PLEASE TAKE NOTICE that the undersigned, counsel for Plaintiff Brandon Copeland,

the prevailing party in the above-captioned matter, will apply to the Clerk of the United States

District Court for the District of New Jersey, at the Mitchell H. Cohen Building and U.S.

Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey 08101,

on June 16, 2026 at 10:00 A.M., for the taxation of costs and disbursements in the above-

captioned matter pursuant to Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, and Local Civil Rule 54.1.

PLEASE TAKE FURTHER NOTICE that, in support of this application, the undersigned relies upon the attached Bill of Costs (Form AO 133), the Declaration of Emily K. Declercq in Support of Bill of Costs, the Declaration of Edward Blackmon, Jr. in Support of Bill of Costs (to be filed by supplemental declaration), and the accompanying supporting documentation.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 54.1(f), the adverse party may file specific objections to any claimed item of cost, with a statement of the grounds for objection, at or before the date and time set forth above.

Dated: June 8, 2026

Respectfully submitted,

**DECLERCQ LAW FIRM, PLLC**

*By: /s/ Emily K. Declercq*
Emily K. Declercq, Esq.
NJ Attorney ID# 100782017
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
(609) 873-3148
emily@declercqlawfirm.com
*Attorney for Plaintiff Brandon Copeland*