**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Telephone: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID# 100782017

**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Canton, Mississippi 39046
Telephone: (601) 859-1567
Edward Blackmon, Jr., Esq., MS Attorney ID# 3354
Barbara M. Blackmon, Esq., MS Attorney ID# 3346
Bradford J. Blackmon, Esq., MS Attorney ID# 104848

*Attorneys for Plaintiff Brandon Copeland*

| | |
|---|---|
| **BRANDON COPELAND,**<br><br>Plaintiff,<br><br>v.<br><br>**JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,**<br><br>Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 1:19-cv-20278-ESK-EAP<br><br>**DECLARATION OF EMILY K. DECLERCQ IN SUPPORT OF BILL OF COSTS** |

I, Emily K. Declercq, declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1.     I am an attorney admitted to the bar of this Court and lead counsel of record for Plaintiff Brandon Copeland in the above-captioned action. I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

2.     This Declaration is submitted in support of Plaintiff's Bill of Costs (AO 133), filed concurrently herewith pursuant to Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, and Local Civil Rule 54.1 of the District of New Jersey.

3.     Final Judgment was entered in favor of Plaintiff and against Defendant JAD Nutrition LLC d/b/a Xtreme Formulations ("JAD") on May 8, 2026 in the amount of $5,393,708.55,

representing trebled compensatory damages under the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-19. This Bill of Costs is timely filed within thirty (30) days of entry of Final Judgment as required by Local Civil Rule 54.1.

4.  Consistent with the position taken in Plaintiff's Memorandum of Law in Support of Motion for Attorneys' Fees, Costs, and Pre-Judgment Interest, Plaintiff seeks recovery only of taxable costs under 28 U.S.C. § 1920 and does not seek recovery for ordinary firm overhead expenses through this Bill of Costs.

5.  This Declaration addresses costs advanced by Declercq Law Firm, PLLC on behalf of Plaintiff Brandon Copeland. Costs advanced by co-counsel Blackmon & Blackmon, PLLC, in the amount of $1,659.25, are set forth in the Declaration of Edward Blackmon, Jr., to be filed by supplemental declaration promptly. The total taxable costs advanced by Declercq Law Firm, PLLC are $305.00. Combined with the Blackmon-advanced costs, total taxable costs sought are $1,964.25, as reflected on the Bill of Costs (AO 133) filed concurrently herewith.

### ITEMIZATION OF DECLERCQ-ADVANCED COSTS

### A.    Fees of the Clerk , 28 U.S.C. § 1920(1)

6.  New Jersey Superior Court Filing Fee , $250.00. On October 11, 2019, Declercq Law Firm, PLLC paid a filing fee of $250.00 to commence this action in the Superior Court of New Jersey, Middlesex County, Law Division (Docket No. MID-L-007038-19). The action was subsequently removed to this Court by Defendants. Filing fees paid to commence an action, including fees paid in state court prior to removal to federal court, are taxable under 28

U.S.C. § 1920(1) as "fees of the clerk" because they represent costs of obtaining the judgment in the same continuing action. See D.N.J. L. Civ. R. 54.1(g)(1).

**B.      Fees for Service of Summons and Subpoena , 28 U.S.C. § 1920(1)**

7.      Minnesota Secretary of State Service Fee, $55.00. On December 31, 2025, Declercq Law Firm, PLLC paid a fee of $55.00 (by check) to the Minnesota Secretary of State for service of process on Defendant JAD Nutrition LLC, which, as a Minnesota limited liability company, was administratively dissolved during the pendency of this litigation. This service was made in connection with obtaining the default and Final Judgment against Defendant. Under Minnesota law, service of process on a dissolved Minnesota LLC may be effected by service upon the Minnesota Secretary of State as statutory agent.

8.      Fees paid to a state Secretary of State for service of process on a dissolved entity by means of the statutory agent are taxable as fees for service under 28 U.S.C. § 1920(1). The Minnesota Secretary of State, when acting as statutory agent for a dissolved LLC, performs a function analogous to that of a private process server and the United States Marshals Service , namely, effectuating legally sufficient service on a defendant. See D.N.J. L. Civ. R. 54.1(g)(2).

**SUMMARY OF DECLERCQ-ADVANCED COSTS**

A. NJ Superior Court Filing Fee:          $ 250.00
B. MN Secretary of State Service Fee:     $ 55.00

**TOTAL DECLERCQ-ADVANCED COSTS:      $ 305.00**

9.      Pursuant to 28 U.S.C. § 1924, I hereby certify that each of the foregoing items is correct, was necessarily incurred in the prosecution of this action, and the services for which fees

have been charged were actually and necessarily performed. Supporting documentation for each item is maintained in the records of Declercq Law Firm, PLLC and is available for inspection by the Clerk and any objecting party upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**DECLERCQ LAW FIRM, PLLC**

By: /s/ Emily K. Declercq
Emily K. Declercq, Esq.
NJ Attorney ID# 100782017
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
(609) 873-3148
emily@declercqlawfirm.com
*Attorney for Plaintiff Brandon Copeland*

Dated: June 8, 2026