**DECLERCQ LAW FIRM, PLLC**
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Telephone: (609) 873-3148
Emily K. Declercq, Esq., NJ Attorney ID# 100782017

**OF COUNSEL**
**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Canton, Mississippi 39046
Telephone: (601) 859-1567
Edward Blackmon, Jr., Esq., MS Attorney ID# 3354
Barbara M. Blackmon, Esq., MS Attorney ID# 3346
Bradford J. Blackmon, Esq., MS Attorney ID# 104848

*Attorneys for Plaintiff Brandon Copeland*

| | |
|---|---|
| **BRANDON COPELAND,** Plaintiff, v. **JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,** Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** Civil Action No. 1:19-cv-20278-ESK-EAP **CERTIFICATE OF SERVICE** |

I, Emily K. Declercq, hereby certify that on June 8, 2026, I caused a true and correct copy of (1) the Notice of Application for Taxation of Costs; (2) Plaintiff's Bill of Costs (AO 133); (3) the Declaration of Emily K. Declercq in Support of Bill of Costs; and (4) this Certificate of Service to be served on the following party at its last known address by first-class United States Mail, postage prepaid:

**JAD Nutrition LLC d/b/a Xtreme Formulations**
451 Taft Street NE
Minneapolis, Minnesota 55413

Defendant JAD Nutrition LLC is not a registered user of the Court's CM/ECF system and has no counsel of record. The prior appearances by Hinshaw & Culbertson LLP and Meagher & Geer

P.L.L.P. on behalf of certain non-party insurers were struck by Order of the Court. Accordingly, service is effected by first-class mail to Defendant's last known business address as reflected in the records of the Minnesota Secretary of State.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: June 8, 2026

Respectfully submitted,

**DECLERCQ LAW FIRM, PLLC**

*By: /s/ Emily K. Declercq*
Emily K. Declercq, Esq.
NJ Attorney ID# 100782017
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
(609) 873-3148
emily@declercqlawfirm.com
*Attorney for Plaintiff Brandon Copeland*