**BLACKMON & BLACKMON, PLLC**
907 West Peace Street
Canton, Mississippi 39046
Telephone: (601) 859-1567
Edward Blackmon, Jr., Esq., MS Attorney ID# 3354
Barbara M. Blackmon, Esq., MS Attorney ID# 3346
Bradford J. Blackmon, Esq., MS Attorney ID# 104848

*Of Counsel for Plaintiff Brandon Copeland*

| | |
|---|---|
| **BRANDON COPELAND,**<br><br>Plaintiff,<br><br>v.<br><br>**JAD NUTRITION LLC d/b/a XTREME FORMULATIONS,**<br><br>Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 1:19-cv-20278-ESK-EAP<br><br>**DECLARATION OF EDWARD BLACKMON, JR. IN SUPPORT OF BILL OF COSTS** |

I, Edward Blackmon, Jr., declare under penalty of perjury under 28 U.S.C. § 1746 as follows:

1.    I am a partner at Blackmon & Blackmon, PLLC and Of Counsel for Plaintiff Brandon Copeland in the above-captioned action, admitted pro hac vice. I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so. My personal knowledge is based on my direct involvement in this litigation and on my review of the contemporaneous business records of Blackmon & Blackmon, PLLC, which records are maintained in the ordinary course of business.

2.    This Declaration is submitted in support of Plaintiff's Bill of Costs (AO 133), filed concurrently herewith pursuant to Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, and Local Civil Rule 54.1 of the District of New Jersey. This Declaration addresses costs advanced by Blackmon & Blackmon, PLLC on behalf of Plaintiff Brandon Copeland.

Costs advanced by lead counsel Declercq Law Firm, PLLC are addressed in the separately filed Declaration of Emily K. Declercq.

3.   Final Judgment was entered in favor of Plaintiff and against Defendant JAD Nutrition LLC d/b/a Xtreme Formulations ("JAD") on May 8, 2026. The total taxable costs advanced by Blackmon & Blackmon, PLLC are $1,659.25. Combined with the costs addressed in the Declercq Declaration, total taxable costs sought are $1,964.25, as reflected on the Bill of Costs (AO 133) filed concurrently herewith.

## ITEMIZATION OF BLACKMON-ADVANCED COSTS

### A. Fees for Service of Summons and Subpoena, 28 U.S.C. § 1920(1)

4.   ABC Legal Service-of-Process Fees: $355.00. Blackmon & Blackmon, PLLC advanced the following service-of-process charges to ABC Legal Services for service of process on Defendants in this action: (a) $65.00 on June 3, 2022 (attempted service); (b) $65.00 on June 3, 2022 (attempted service at Fairmont Street address); (c) $75.00 on June 3, 2022 (service of process, Ref. 12340342); and (d) $150.00 on March 24, 2023 (service of process, Ref. 12340336). These fees are taxable under 28 U.S.C. § 1920(1). See D.N.J. L. Civ. R. 54.1(g)(2) (fees for service of process by private process server are taxable at rates not exceeding the cost of service by the United States Marshals Service).

5.   Minnesota Secretary of State Service Fee: $150.00. On March 24, 2023, Blackmon & Blackmon, PLLC paid a fee of $150.00 to the Minnesota Secretary of State for service of process on Defendant JAD Nutrition LLC. Defendant JAD Nutrition LLC, a Minnesota limited liability company, was administratively dissolved during the pendency of this litigation. Under Minnesota law, service of process on a dissolved Minnesota LLC may be

effected by service upon the Minnesota Secretary of State as statutory agent. Fees paid to a state Secretary of State for service of process on a dissolved entity by means of the statutory agent are taxable as fees for service under 28 U.S.C. § 1920(1), as the Secretary of State, when acting as statutory agent for a dissolved LLC, performs a function analogous to that of a private process server. See D.N.J. L. Civ. R. 54.1(g)(2).

**B. Fees for Transcripts Necessarily Obtained for Use in the Case , 28 U.S.C. § 1920(2)**

**6.** Frontino Reporting , Deposition of Caroleen Kandel , $1,154.25. On May 8, 2024, Frontino Reporting issued Invoice No. FR2024-2258 to Blackmon & Blackmon, PLLC in the amount of $1,154.25, which Blackmon & Blackmon, PLLC paid, for the original and one copy of the transcript of the deposition of Caroleen Kandel (171 pages). The Kandel deposition transcript was necessarily obtained for use in the case to preserve testimony establishing Defendant JAD Nutrition LLC's responsibility for the conduct underlying Plaintiff's claims, its knowledge of this litigation, and the subsequent closure of its business operations. Transcripts "necessarily obtained for use in the case" are taxable under 28 U.S.C. § 1920(2). See In re Baby Food Antitrust Litig., 166 F.3d 112, 138 (3d Cir. 1999).

### SUMMARY OF BLACKMON-ADVANCED COSTS

A. ABC Legal Service Fees (4 entries):    $   355.00

B. Minnesota Secretary of State Service Fee: $   150.00

C. Frontino , Kandel Deposition Transcript:  $ 1,154.25

**TOTAL BLACKMON-ADVANCED COSTS:    $ 1,659.25**

7.     Pursuant to 28 U.S.C. § 1924, I hereby certify that each of the foregoing items is correct, was necessarily incurred in the prosecution of this action, and the services for which fees have been charged were actually and necessarily performed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2026, in Canton, Mississippi.

Respectfully submitted,

**BLACKMON & BLACKMON, PLLC**

By: /s/ *Edward Blackmon Jr.*
Edward Blackmon, Jr., Esq.
MS Attorney ID# 3354
907 West Peace Street
Canton, Mississippi 39046
(601) 859-1567
*Of Counsel for Plaintiff Brandon Copeland*

Dated: June 9, 2026